FILED
Oct 15  9 56 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW BARTON,<br>        Plaintiff | : | CIVIL ACTION |
| VS. | : | NO. 302CV1210(PCD) |
| CITY OF BRISTOL; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, RICHARD MULLANEY POLICE SERGEANT; BRIAN SUCHINSKI, POLICE DETECTIVE; AFSCME LOCAL 3754; AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY MELVIN DEKOW, UNION PRESIDENT<br>        Defendants | : | JULY 31, 2003 |

**<u>DEFENDANTS, RICHARD MULLANEY AND BRIAN SUCHINSKI'S,
MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the defendants, Richard Mullaney and Brian Suchinski, hereby move for summary judgment as to the plaintiffs' entire complaint for the reason that there is no genuine issue of material fact. In support of this motion, the defendants represent as follows:

1. The defendants are entitled to summary judgment with respect to the plaintiff's Equal Protection claim because the plaintiff can not establish that he was treated differently from similarly situated individuals based upon any impermissible motive.

2. The defendants are entitled to summary judgment as to the plaintiff's Due Process

claim because the plaintiff can not prove that he was deprived of any constitutionally protected liberty or property interest.

3. The plaintiff fails to establish the necessary elements of a cause of action for First Amendment retaliation because the plaintiff has not demonstrated that he suffered any adverse employment action as a result of engaging in constitutionally protected speech.

4. The plaintiff can not prevail upon his claim of intentional infliction of emotional distress pursuant to Connecticut common law because the plaintiff fails to establish any conduct on the part of the defendants which was extreme or outrageous.

WHEREFORE, the defendants respectfully request an order of this Court granting their Motion for Summary Judgment.

> DEFENDANTS,
> RICHARD MULLANEY and
> BRIAN SUCHINSKI
>
> BY /s/ Melissa A. Scozzafava
> Melissa A. Scozzafava
> Of Kernan & Henry, LLP
> P.O. Box 2156
> Waterbury, CT 06722-2156
> Federal Bar No.: CT 23560

## CERTIFICATION

I hereby certify that a true copy of the foregoing Objection was mailed, first class mail, postage prepaid, on July 31st, 2003 to:

Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Alexandria L. Bufford, Esq.
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Richard Lacey, Esq.
Corporation Counsel
City of Bristol
111 North Main Street
Bristol, CT 06010

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT 06450

_____
Melissa A. Scozzafava