UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15  9 57 AM '03
U.S. ...
NEW HAVEN

ANDREW BARTON

        PLAINTIFF,

VS.

CITY OF BRISTOL, ET AL.

        DEFENDANTS.

CIVIL ACTION NO.
3:02CV1210(PCD)

September 19, 2003

### PLAINTIFF'S RESPONSE TO DEFENDANT'S, RICHARD MULLANEY AND BRIAN SUCHINSKI LOCAL RULE 9(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. Admit

2. Admit

3. Admit

4. Admit

5. Admit

6. Admit

7. Admit

8. Admit

9. Admit

10. Admit

11. Denied. There was no confrontation, the plaintiff responded to questioning from Sgt. Mullaney

12. Denied. Sergeant Mullaney, Detective Lennon, and Detective Barton were the only three

      individuals present for this discussion.

13.    Admit

14.    Admit

15.    Admit

16.    Admit

17.    Admit

18.    Admit

19.    Denied. The decision making by a supervisor will affect ERT members.

20.    Denied. Mullanry and Suchinski both had influence over the decision to remove the plaintiff from ERT.

21.    Admit

22.    Denied. An ERT benefit also allows for training opportunities and team status.

23.    Denied. Detective Suchinski did place a rubber rat on the plaintiff's desk.

24.    Denied. The vehicles were not assigned at that time.

 

PLAINTIFF,
ANDREW BARTON

BY: _____
Erin O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid, on September 21, 2003, to the following:

Michael Rose
Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
fax: 860-246-2375


Melissa A. Scozzafava, Esq.
Kernan & Henry, LLP
PO Box 2156
Waterbury, CT 08069
fax: (203) 754-2353

Eric R. Brown, Esq.
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450
fax: (203) 237-2262

_____
Erin I. O'Neil