UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW BARTON | NO.: 3:02CV1210 (PCD) |
| v. | |
| CITY OF BRISTOL; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, RICHARD MULLANEY, POLICE SERGEANT; BRIAN SUCHINSKI, POLICE DETECTIVE; AFSCME LOCAL # 754; AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, MELVIN DEKOW, UNION PRESIDENT | JULY 31, 2003 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the defendant, **CITY OF BRISTOL**, moves for summary judgment as to the plaintiff's complaint dated July 15, 2002. As is more fully set forth in the attached Memorandum of Law and Local Rule 56(a)1 Statement, the plaintiff cannot, as a matter of law, establish that he was denied due process. Accordingly, there exists no genuine issue of material fact, and the defendants are entitled to summary judgment as to Count Two.

WHEREFORE, the defendant, **CITY OF BRISTOL**, respectfully requests that summary judgment enter in its favor.

ORAL ARGUMENT IS REQUESTED
TESTIMONY IS NOT REQUIRED

DEFENDANT,
CITY OF BRISTOL

By /s/ Martha Shaw
Martha A. Shaw
ct12855
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
E-Mail: mshaw@hl-law.com

2

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 31st day of July, 2003.

Erin I. O'Neil, Esquire
James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Richard Lacey, Esquire
Corporation Counsel
City of Bristol
111 North Main Street
Bristol, CT 06010

John K. McDonald, Esquire
Giovanna Trocchi Giardina, Esquire
Melissa A. Scozzafava, Esquire
Kernan & Henry, LLP
207 Bank Street
P.O. Box 2156
Waterbury, CT 06722-2156

Eric R. Brown
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT 06450

_____
Martha A. Shaw