# CONNECTICUT COUNCIL OF POLICE UNIONS NO. 15

American Federation of State, County, and Municipal Employees

Official Grievance Form

Grievance No. 99-38

Date Submitted: 10/05/99

Local No. 754

Municipality: Bristol

Grievant: Det. A. J. Barton

Class Action: no

Signature of Union Rep. _____ Title: <u>Vice President</u>

## STATEMENT OF GRIEVANCE

ARTICLES & SECTIONS OF THE CONTRACT WHICH PERTAIN TO THIS ISSUE:
Article: 15:0.2.1 through 15:0.2.3

but not limited thereto

GRIEVANCE: That on Sept. 24, 1999, Det. A. Barton was removed from the Emergency Response Team as the result of a written reprimand he received. The reprimand did not involve Det. Barton's performance as a member of E.R.T. The removal is without just cause.

REMEDY: That the City reinstate Det. Barton to the Emergency Response Team without prejudice.

and to be MADE WHOLE.

02cv1210PxbJ

J.





## TABLE OF CONTENTS

| ARTICLE | | PAGE |
|---|---|---|
| | APPENDIX A - CODE AND SALARY SCHEDULE EFFECTIVE JULY 1, 1996 | 63 |
| | APPENDIX B - CODE AND SALARY SCHEDULE EFFECTIVE JULY 1, 1997 | 64 |
| | APPENDIX C - CODE AND SALARY SCHEDULE EFFECTIVE JULY 1, 1998 | 65 |
| | APPENDIX D - CODE AND SALARY SCHEDULE EFFECTIVE JULY 1, 1999 | 66 |
| | APPENDIX E – HEALTH INSURANCE PLAN | 67 |
| XXXI | COMMUNICATIONS DIVISION | 53 |
| XVI | DISCIPLINE AND DISCHARGE | 28 |
| XXXVI | DRESS AND GROOMING STANDARDS | 59 |
| XXXIV | DRUG TESTING | 57 |
| V | DUES CHECK OFF | 3 |
| XXXVII | DURATION | 60 |
| XXX | EDUCATION | 52 |
| XI | EXTRA DUTY ASSIGNMENTS | 17 |
| XVII | FUNERAL LEAVE | 30 |
| XXVI | GENERAL PROVISIONS | 42 |
| XV | GRIEVANCE PROCEDURE | 25 |
| XII | HOLIDAYS | 19 |
| XX | HOSPITALIZATION AND INSURANCE | 34 |
| VIII | HOURS OF WORK | 9 |
| XXXII | IDENTIFICATION DIVISION | 55 |
| XXIII | LEAVE OF ABSENCE | 39 |
| XXVIII | LEGAL COUNSEL | 47 |
| II | MANAGEMENT RIGHTS | 2 |
| XXXV | MATERNITY LEAVE | 58 |
| XXIV | MILITARY LEAVE | 40 |
| I | NO DISCRIMINATION | 1 |
| X | OVERTIME | 13 |
| XXVII | PENSIONS | 44 |
| XXII | PERFECT ATTENDANCE | 38 |
| XXIX | PHYSICAL FITNESS | 47 |
| | PREAMBLE | 1 |
| VII | PROBATIONARY PERIOD | 8 |
| XXXIII | PROMOTIONS FOR CRIMINAL INVESTIGATION DIVISION | 55 |
| IX | RATES OF PAY | 11 |
| III | RECOGNITION | 2 |
| VI | SENIORITY | 3 |
| XIV | SICK LEAVE | 23 |
| XXXVIII | SIGNATURE PAGE | 62 |
| XXV | TIME CLOCKS - GENERAL RULES | 40 |
| XIX | UNIFORMS AND CLOTHING | 33 |
| XVIII | UNION BUSINESS LEAVE | 31 |
| IV | UNION SECURITY | 3 |
| XIII | VACATIONS | 20 |
| XXI | WORKERS' COMPENSATION | 37 |

AGREEMENT

between

THE CITY OF BRISTOL, CONNECTICUT

and

THE BRISTOL POLICE UNION LOCAL #754

AFSCME, AFL-CIO

## PREAMBLE

0:1      This Agreement entered into by the City of Bristol, hereinafter referred to as the City, and the Bristol Police Union Local #754 and Council #15, American Federation of State, County, and Municipal Employees, AFL-CIO, hereinafter referred to as the Union, has as its purpose the promotion of harmonious relations between the City and the Union: The establishment of an equitable and peaceful procedure for the resolution of differences: The establishment of rates of pay, hours of work, working privileges or benefits, or any other matters that come within the general meaning of the terms, working conditions or conditions of employment.

## ARTICLE I

## NO DISCRIMINATION

1:1      Both parties agree to continue their policies of not discriminating against any employee on the basis of race, color, religion, age, sex, national origin, marital status, political affiliation, physical disability, or sexual orientation which is unrelated to the ability of

-1-

the employee to perform a particular job. As used in this Agreement, masculine or feminine pronouns shall include reference to either sex.

## ARTICLE II
## MANAGEMENT RIGHTS

2:1     The City shall have the right to determine all matters concerning the management or administration of the Department subject to the provisions of this Agreement.

2:2     The City recognizes its obligations under the Municipal Employees Relations Act and shall not make unilateral changes in any substantial conditions of employment without prior negotiations upon request of the Union.

2:3     Except as otherwise specified in this Agreement, the City has the right to determine the table of organization, staffing levels and job responsibilities. However, if a change in such matters results in a change in any substantial conditions of employment of members of the bargaining unit, such effects shall be subject to negotiation upon request of the Union.

## ARTICLE III
## RECOGNITION

3:1     The City recognizes the Union as the sole and exclusive bargaining agent for all full time uniformed and investigatory members of the Police Department with the authority to exercise police powers exclusive of the Chief and Captains.

## ARTICLE IV
## UNION SECURITY

4:1     Any employee who is a member of the Union at the time the Agreement becomes effective shall continue membership in the Union. Any new employee, within thirty (30) days following the day of employment shall become a member of the Union as a condition of his employment. It is understood that new employees cannot process a grievance for termination during their probationary period.

## ARTICLE V
## DUES CHECK OFF

5:1     The City is authorized to deduct weekly, Union dues of members of Local #754. Such deductions shall be made only after said member has signed a request form furnished by the Union, authorizing the City to deduct said Union dues. The amount of dues to be deducted shall be determined by the Union by written notice to the Personnel Department with the Union being totally responsible for amount requested. Any change in the amount of dues deducted will not become effective until thirty (30) days after receipt of such written notice.

5:2     The City will notify the Union thirty (30) days in advance of any change in the deduction week.

## ARTICLE VI
## SENIORITY

6:1.1   The Department seniority as used in this Article is defined as the total length of continuous service as a regular member of the Police Department.

6:1.2  Rank seniority is defined as the total length of continuous service in a particular rank.

6:2  If more than one appointment as a regular full time member of the department is made on the same day, the seniority of such appointees shall be determined by the order of their appointment. If more than one promotion is made on the same day, seniority in rank shall be determined by employee's respective position on the eligibility list.

6:3  An employee shall lose all seniority if

6:3.1  He voluntarily terminates his employment with the Department.

6:3.2  He is discharged for just cause.

6:3.3  He fails to return to work upon expiration of a leave of absence.

Department seniority shall continue during any period of authorized leave whether paid or not.

6:4.1  Shift assignments within each division except the Criminal Investigation Division (Detective and Identification Divisions) and Communications Division shall be based upon departmental seniority, and selection of shifts shall take place every twelve (12) weeks. Sergeants and Lieutenants in the Patrol Division shall also make selections every twelve (12) weeks, but such selection shall be based on rank seniority (length of service as a Sergeant or Lieutenant). In the Criminal Investigation Division, (Detective and Identification Divisions) shift assignments shall be made on the basis of rank seniority within the division (Detective and Identification) subject to operating requirements and case load within the division. Management shall have the absolute right to determine the number of Criminal Investigation Division personnel assigned to any shift except that the number of Criminal Investigation Division personnel presently assigned to the first shift (7:00 A.M. - 8:00 A.M.) shall not be reduced

-4-

during the term of this Agreement. This section shall not apply to Lieutenants in the Staff Services Division.

6:4.2  Special patrols and shifts may be established at hours to fit the needs of the Department. Assignments to these special patrols and shifts may be filled by volunteers of the Chief's choice as far as possible. If it is impossible to fill the assignment by volunteers, the least senior man shall be assigned to the special shift and the special assignment shall be filled by the senior man Supervisor.

6:4.3  Any employee assigned to a shift which overlaps more than half the hours of the day shift must have sufficient seniority for assignment to the day shift. Effective upon ratification of this contract, this section shall not apply to Lieutenants, Sergeants assigned outside the Patrol Division, FTO officers or probationary officers during on-the-job training.

6:5  The Chief shall have the authority to assign a total of six (6) employees for an indefinite period of time for the purpose of those employees (injured on duty) who are able to return to duty and who are on certified limited or light duty for medical or other reasons, and who are unable to perform most of their normal duties. Such assignments may fill existing positions at the discretion of the Chief (Limited to: communications, front desk, to assist other administrative personnel). Shift assignments shall be governed by departmental seniority, provided, however, Lieutenant(s) will be assigned to administrative duties only.

6:5.1  If any bargaining unit member is permanently disqualified from performing any police duty upon a certificate of a physician appointed by the Board of Police Commissioners, then such member may apply for Veterans Reserve, at any time.

6:5.2  Employees who are certified, limited or light duty for medical or other reasons, are eligible to take a promotional examination. However, such employees will not be

-5-

entitled to receive or accept a promotion unless they are certified by a physician as having no physical restrictions.

6:6   Any two (2) employees of the same rank may exchange shifts on a one-day basis without regard to seniority provisions. However, any such exchange of shifts must have the approval of the Chief or his designee, and any employee whose shift assignment is changed. In any event, there shall be no cost to the City.

6:7   If any openings should occur on any shift within any twelve (12) week period, and the City elects to fill said opening, said opening shall be filled based on the preceding shift bid.

6:8   The groups shall be defined as to the days off of a Patrol Officer or a Sergeant, and for this purpose only, shall be broken down into three (3) units, these units being A, B, and C. These units shall be maintained on all three (3) shifts. It will be Management's prerogative to assign personnel to groups subject to the following stipulation:

6:8.1   That a member of the Department who changes shifts at the end of a twelve (12) week cycle, will move to the vacated group. Seniority will prevail in cases where there is more than one (1) group vacancy.

6:8.2   That a member of the Department shall only be allowed to change his group with the permission of every junior member of the group he wishes to enter.

6:8.3   That a member of the Department who is on temporary assignment for training into any division, will be allowed back into the group he had belonged to prior to the temporary assignment.

-6-

6:8.4   There shall be one Lieutenant on each of the three (3) patrol shifts, each with different days off, and a relief Lieutenant scheduled to work on the other Lieutenants' day off.

6:9   In the event the City decides to reduce the number of positions within any classifications in the bargaining unit, then the employee with the least rank seniority within the affected classification shall be laid off first provided that, in lieu of layoff he may elect to accept a voluntary demotion to a lower classification if his departmental seniority exceeds the department seniority of any other employee in that lower classification. The employee within that lower classification with the least rank seniority shall be laid off unless he elects to accept a voluntary demotion (by following the above procedures) to a still lower classification. Any recall to duty shall be governed by departmental seniority and any such employee shall have recall rights which shall remain in effect for three (3) years from the date of that employee's layoff, which recall shall be subject to that employee passing a physical examination to be paid for by the City.

6:10   During the term of this Agreement, management reserves the absolute right to create special assignments without consideration for seniority when, in the opinion of the Chief, the employee possesses special skills to perform such assignment. If more than one (1) employee is equally qualified, seniority shall prevail. It is agreed that if such position is created and there is a need for a new job description, change in hours of work, or other working conditions, the parties agree to negotiate.

-7-

## ARTICLE VII

### PROBATIONARY PERIOD

7:1     All new probationary Police Officers appointed to the department shall serve a probationary period of one (1) year after which they shall become regular full time employees of the department.

7:2     The parties recognize the need to properly train new officers. Therefore, effective upon the issuance of the arbitrators' award, the City shall establish a Field Training Officer (FTO) Program for all new officers following graduation from the municipal police academy. The program shall be based upon the nationally recognized San Jose Model Program and shall be of a duration of no less than twelve (12) weeks. The training shall take place during regularly scheduled hours. After the completion of the initial FTO program, the parties agree to sit down and review the program to determine what if any changes are needed. All officers performing FTO duties shall be compensated with 5% of their respective base pay while training a recruit officer and participating in the program.

7:3     During such orientation and training period, the new Police Officer(s) may be assigned to any shift and shall not be eligible to work overtime or any extra duty assignments; however new police officers may be used for overtime or extra duty assignments only after the scheduling officer has exhausted the internal assignment list. However, such officers may be used if the need arises to eliminate an immediate emergency.

7:4     Upon completion of the probationary period, an employee's departmental seniority shall be computed from the first day of such probationary period.

## ARTICLE VIII

### HOURS OF WORK

8:1.1     The work week for all employees shall be thirty-seven and one-half (37 1/2) hours per week within the six-week work cycle used in the Department.

8:1.2     The schedule of hours for the Patrol Division and Communications Division shall be four (4) consecutive days of eight (8) hour shifts on duty followed by two (2) days off.

8:1.3     The schedule for all others, including the Court Liaison, Traffic Officer, and Communications Sergeant, shall be four (4) work weeks of five (5) consecutive eight (8) hour days (Monday through Friday) and two (2) weeks of four (4) consecutive eight (8) hour days (either Monday through Thursday or Tuesday through Friday). It is understood between the parties that there is no requirement to fill these vacancies on days off.

8:2     The regular patrol and communications shifts shall be as follows:

8:2.1     Day time or first shift will be between the hours of 7:00 A.M. and 3:00 P.M.

8:2.2     Night shift or second shift will be between the hours of 3:00 P.M. and 11:00 P.M.

8:2.3     Night shift or third shift will be between the hours of 11:00 P.M. and 7:00 A.M.

8:2.4     Starting time for certain beats, zones, or Lieutenants may differ fifteen (15) minutes either way.

8:3     Shift schedules are to be posted five (5) days in advance of the effective work date. Shift assignments are to be posted on this schedule four (4) days in advance of the

effective work date, except when circumstances prevent it. Except in cases of emergency, any type of off duty request must be submitted twenty-four (24) hours prior to the posting date.

8:4    In cases of emergency as declared by the Mayor, the City shall have the right to temporarily change shift hours as needed with adherence to seniority where possible. Such changes will remain only for the duration of the emergency.

8:5    The regular shifts for Criminal Investigation Division (Detective and Identification Divisions) shall be as follows:

8:5.1    First shift will start between the hours of 7:00 A.M. and 8:00 A.M.

8:5.2    Split shift will start between the hours of 11:00 A.M. and 2:00 P.M.

8:5.3    Second shift will start between the hours of 3:00 P.M. and 4:00 P.M.

These hours of work as set forth above shall be subject to the caseload and operating requirements of the Criminal Investigation Division.

8:6    The regular shift for the present positions of Court Liaison Officer, Traffic Division, Records Division, and Training Lieutenant will start between the hours of 7:00 A.M. and 9:00 A.M.; except, for the purposes of training responsibility only, the Chief shall have discretion to schedule the Training Lieutenant's hours of work.

8:7    The City will have the right to order employees into work on their day off for the purpose of state certification, firearms training, and emergency medical technician training.

8:7.1    The City will have the right to call employees in on their day off only in the following cases:

a.    For the reasons explained in the above paragraph, or

b.    In an emergency as declared by the Mayor of the City.

-10-

8:7.2    The City shall notify the employee at least five (5) days in advance if a vacation has to be canceled for the purpose of the training described above.

## ARTICLE IX

## RATES OF PAY

9:1    Police Officers shall be hired at Step 1 and on completion of four (4) months service or upon completion of training academy shall be advanced to Step 2 and shall thereafter advance to the next highest Step on their anniversary date of employment.

9:2    Retroactive to July 1, 1996, all classifications, at all steps, on the salary schedule effective 6/30/96 shall be increased by 2.5%. The 1996-97 wage schedule shall become Appendix A in the contract.

9:3    Effective July 1, 1997, all classifications, at all steps, on the salary schedule effective on 6/30/97 shall be increased by 2.75%. The 1997-98 wage schedule shall become Appendix B in the contract.

9:4    Effective July 1, 1998, all classifications, at all steps, on the salary schedule effective on 6/30/98 shall be increased by 2.75%. The 1998-99 wage schedule shall become Appendix C in the contract.

9:5    Effective July 1, 1999, all classifications, at all steps, on the salary schedule effective on 6/30/99 shall be increased by 2.75%. The 1999-2000 wage schedule shall become Appendix D in the contract.

9:6    Effective July 1, 2000, there will be a wage-reopener.

9:7    Effective retroactively from July 1, 1994, any employee whose assigned shift begins between the hours of twelve (12) noon and 6:45 A.M. shall receive in addition to his

-11-

or her regular pay, a shift premium percentage of three percent (3%) for each hour or portion thereof worked on each shift.

9:7.1   Effective July 1, 1995, any employee whose assigned shift begins between the hours of twelve (12) noon and 6:45 A.M. shall receive, in addition to his or her regular pay, a shift premium percentage of four percent (4%) for each hour or portion thereof worked on each shift.

9:7.2   Effective July 1, 1998, any employee whose assigned shift begins between the hours of twelve (12) noon and 6:45 A.M. shall receive, in addition to his or her regular pay, a shift premium percentage of four and one half percent (4.5%) for each hour or portion thereof worked on each shift.

9:7.3   Effective July 1, 1999, any employee whose assigned shift begins between the hours of twelve (12) noon and 6:45 A.M. shall receive, in addition to his or her regular pay, a shift premium percentage of five percent (5.0%) for each hour or portion thereof worked on each shift.

9:8   Whenever any employee has worked in a higher classification than his regular classification, such employee for any days so worked after two (2) consecutive days or for any days worked after an accumulation of five (5) days in any fiscal year, shall receive the lowest rate of pay provided in the salary plan for the highest classification in which he serves in this acting capacity; provided the employee assumes the authority and responsibility of the highest classification.

-12-

## ARTICLE X
## OVERTIME

10:1   The term "overtime" for the purpose of this Agreement shall mean police duty in excess of the regular work day or work week for which the employee is paid by the Police Department.

10:2   All overtime shall be paid at a time and one-half rate, and shall be paid for all hours or any portion thereof, in excess of eight (8) hours per day.

10:3   Employees who are called in during off duty time to perform overtime duty for the City shall be paid a minimum of four (4) hours pay at the rate of time and one-half, or the actual hours worked at the rate of time and one-half, whichever is greater.

10:4   Overtime pay shall not be subject to the minimum hour provision of this Article when such overtime hours are contiguous with the initial or terminal hours of employee's scheduled shift.

10:5   Supernumerary Police Officers in the Department shall be used after an honest effort is made to recruit regular Patrol Officers. It is understood that a regular can displace a Supernumerary when there is more than seventy-two (72) hours remaining before the time of the assignment.

10:6   The method of overtime equalization shall be as follows:

10:6.1   Equalization of overtime shall occur over a period of one (1) year beginning on July 1 of each year, with the understanding that the City will attempt to maintain equalization throughout the year.

-13-

10:6.2 Said equalization shall be within twenty-five (25) hours when efficiently practical at the end of the period of time allotted and shall be equalized within groups.

10:6.3 Effective July 1, 1997, the breakdown within the Department for the purpose of distributing overtime only shall be as follows:

Patrol Division in their respective shift (first, second, or third) and working schedule (A, B, or C) making a total of nine (9) separate groups.

The following shall be considered as separate individual groups:

A) Patrol Lieutenants
B) Patrol Sergeants
C) Patrol officers assigned to Communications, Traffic and Court Liaison
D) Detectives assigned to CID
E) Detectives assigned to special operations (narcotics, gangs, etc.)
F) Evidence Technicians
G) Staff Lieutenants and Staff Sergeants
H) Youth
I) Detective Lieutenants and Detective Sergeants

10:6.4 Overtime within the Patrol Division shall be on rotation within their respective Groups, except for Lieutenants. Patrol Lieutenants shall rotate through their Group during the work week until all Patrol Lieutenants have had the opportunity to work eight (8) hours. The next opportunity during the same work week will be offered to the Staff Services Lieutenants. Any additional opportunities will then return to the Patrol Lieutenants for the remainder of that work week. If all Lieutenants refuse the overtime, then the Detective Lieutenant shall be offered the overtime before Patrol Sergeants.

Patrol Officers assigned to Communications, Traffic, and Court Liaison shall be considered to be one (1) group and rotate within their Group.

-14-

All personnel assigned to Criminal Investigation Division (Detective and Identification Divisions) shall have the opportunity, once every third Saturday, to work an eight (8) hour overtime shift.

Staff Services Lieutenants and Communications Sergeant shall have at least eight (8) hours of overtime opportunity every three (3) weeks.

No change will be allowed unless mutually agreed to by both parties, and no change overtime shifts will be allowed within seventy-two (72) hours prior to the start of the shift, excluding Article VI, Section 6:6.

10:6.5 All overtime hours, including extra duty hours, shall be logged and posted in a conspicuous place.

10:6.6 All Patrol Officers within their respective Patrol Group shall be considered on a rotating basis for their first extra overtime shift assignment before consideration is given for the second extra shift.

10:6.7 Members of the groups named in Section 10:6.3, A, B, and C, will not be charged with unavailability or refusal of overtime when they create an opening by taking an authorized one-day leave from duty or when they are working regular duty or when the overtime would result in more than sixteen (16) hours of continuous duty.

10:6.8 Overtime assignments within the Patrol Division shall be given outside an Officer's respective group when he is deemed competent, and if there is a thirty-two (32) hour difference between the average in one (1) group and the average in any other group, unless in said group, all available personnel in that group are assigned overtime for two (2) of their scheduled days off or have been offered overtime and refused.

-15-

Patrol Officers from groups on the other two (2) shifts would then be allowed to work overtime in the available positions. If these Patrol Officers already have been assigned overtime or had been offered overtime during that work week, the assignments would be made available to the Officers of the Staff Services Division.

It is further understood that when overtime is given outside a Patrol Group, Patrol Officers with no overtime will be offered the position first.

All other individual groups shall maintain equalization of overtime within their own individual groups.

It is also agreed between the parties that those employees desiring off-shift overtime (Thursday, Friday, Saturday) and meet the requirements set forth in Bristol Police Department Form #116, shall submit this form to the Chief or his designee by 8:00 A.M. on Wednesday of each work week.

10:6.9  When an employee is either transferred to another division or group, or is a new employee, he shall assume the average overtime of the group he is entering.

10:6.10  All employees who have more overtime differential than is allowable under Section 10:6 of this Article at the end of each year because of conditions beyond control shall be credited with these extra hours in the new year. This Section shall not apply to Lieutenants.

10:6.11  Any employee who gives less than twenty-four (24) hours notice of his inability to work an overtime shift for which he has been previously scheduled shall forfeit his next three (3) overtime opportunities and shall be charged as if he had refused them.

10:6.12  Refusal slips shall be submitted by the employee to the assignment officer or the shift commander twenty-four (24) hours prior to the start of the assignment. Failure to do so shall result in the penalties as set forth in Section 10:6.11.

-16-

## ARTICLE XI

### EXTRA DUTY ASSIGNMENTS

11:1  The term "extra duty" or "extra assignment" for the purpose of this Agreement, shall mean police duty for which an employee's services are being charged by the City to an outside party, or some City Department, other than the Police Department (including Animal Control Officer). Assignments will be scheduled either four (4) or eight (8) hours, and hours so scheduled will be paid even if the assignment ends earlier. All personnel filling extra duty assignments shall at all times be under the direction of the Shift Commander.

11:2  All extra duty assignments shall be made by the Chief of Police or his designated representative, and shall be filled by employees during their off duty hours, and such assignments shall be allocated as equally as possible among employees who have indicated their desire to work extra duty assignments. It is understood that preference for extra duty assignments in a work week will be given to employees who have had the least opportunities for overtime and extra duty based upon the work week preceding the last week worked.

11:3.1  For the purpose of four (4) hour assignments: Employees working extra duty assignments shall be paid one and one-half (1-1/2) times their regular straight time hourly rate for any hour(s) so worked up to four (4) hours or any portion of an hour so worked over four (4) hours, rounded to the nearest one-half (1/2) hour.

11:3.2  For the purpose of eight (8) hour assignments: Employees working extra duty assignments shall be paid one and one-half (1-1/2) times their regular straight time hourly rate for any hours so worked up to eight (8) hours, and shall be paid two and one quarter (2-1/4) times their regular straight time hourly rate for any hour or portion of an hour so worked over eight (8) hours, rounded to the nearest one-half (1/2) hour.

-17-

11:3.3   Employees working extra duty assignments on a holiday recognized in the contract shall be paid two (2) times their regular straight time hourly rate for any hour(s) so worked up to eight (8) hours, and shall be paid two and one-half (2-1/2) times their regular straight time hourly rate for any hour or portion of an hour so worked over eight (8) hours, rounded to the nearest one-half (1/2) hour.

11:4   Employees with the rank of Detective Lieutenant, Lieutenant, Detective Sergeant(s), Sergeant, Detective, Evidence Technician(s), and Patrol Officer shall be eligible to work extra duty assignments. Employees shall not change their scheduled shift hours for the purpose of working extra duty assignments except as provided in Section 6:6 or as otherwise agreed between the parties.

11:5   An employee who desires assignments to extra duty work shall so notify the designated officer, in writing, forty-eight (48) hours prior to the start of the assignment. Within forty-eight (48) hours of the start of the assignment, the City's designated officer may fill the job at his own discretion. If such assignment is posted or arises less than forty-eight (48) hours prior to the start of that assignment, a reasonable effort shall be made to contact regular Patrol Officers.

11:6   Any employee who gives less than twenty-four (24) hour notice of his inability to work an extra duty assignment for which he has agreed to work shall forfeit the right to work extra duty opportunities for the next thirty (30) calendar days and shall be charged as if he had refused such extra duty assignments. This provision shall not apply when an employee has been granted reassignment to other duty.

-18-

11:7   Priority for all extra duty assignments shall be granted to members of the classified service before the non-classified (Supernumerary) employees, provided employee(s) comply with Section 11.5 above.

11:8   Officers who are assigned to an extra duty assignment which is cancelled must be notified of such cancellation no less than forty-five (45) minutes prior to the start of the job. If the City fails to provide such notification within the time required, the officer shall be paid for all hours scheduled for the extra duty assignment. Said notification shall be made to the officer's home telephone number.

## ARTICLE XII

### HOLIDAYS

12:1   The recognized paid holidays for qualifying employees are as follows:

| | | |
|---|---|---|
| New Year's Day | Memorial Day | Thanksgiving Day |
| Martin Luther King Day | Independence Day | 1/2 day December 24 |
| Lincoln's Birthday | Labor Day | Christmas Day |
| Presidents' Day | Columbus Day | 1/2 day December 31 |
| Good Friday | Veterans' Day | |

Employees qualifying under Section 12:2 shall receive holiday pay in the check covering the calendar week in which the holiday falls.

12:2   To qualify for holiday payment an employee shall have worked six (6) hours on his previously scheduled working day and six (6) hours on his first scheduled working day following the holiday. Paid sick leave or injuries on duty, if valid, and all earned leave time shall be credited as a day worked.

-19-

12:3 For the purpose of holiday pay under this Article, New Year's Day and Christmas Day will be recognized on the actual calendar date and all other holidays will be recognized on the dates legally observed.

12:4 In the event a division or divisions are closed on Thanksgiving, Christmas, or New Year's Day, employees in such divisions may volunteer to work in the Patrol Division or Communications Division in order to allow more officers in those divisions time off, and shall be paid at their regular straight time hourly rate for the first eight (8) hours of such duty.

12:5 Employees who work on a holiday specified in Section 12:1 may elect to receive Compensatory Time in lieu of pay for working on such day. This time must be used six (6) months from the day of the holiday.

12:6 Employees who work on Independence Day, Thanksgiving Day, or Christmas Day shall be paid one and one-half (1 1/2) times their regular straight time hourly rate for all hours so worked.

## ARTICLE XIII
## VACATIONS

13:1 Full time employees who have less than six (6) months of continuous employment as of June 30th of any year, shall receive one (1) week vacation with pay at their regular weekly rate.

13:2 Full time employees who have been continuously employed over six (6) months but less than six (6) years as of June 30th of any year shall receive two (2) weeks vacation with pay at their regular weekly rate.

-20-

13:3 Full time employees who have been continuously employed for six (6) but less than eleven (11) years as of June 30th of any year shall receive three (3) weeks vacation with pay at their regular weekly rate.

13:4 Full time employees who have been continuously employed for eleven (11) years or more as of June 30th of any year shall receive four (4) weeks vacation with pay at their regular weekly rate.

13:5 Employees completing the year of continuous service which will entitle them to a third or fourth week of vacation pursuant to Section 13:3 or 13:4 above shall be entitled to take such additional week at any time within one (1) year after their anniversary date.

13:6 The vacation period shall be from July 1st to June 30th of each year.

13:7 Employees shall be granted their vacations throughout the year according to seniority within rank subject to the demand of police service as determined by the Chief of Police.

13:8 In no event shall employees entitled to three (3) or more weeks vacation have the right to take three (3) consecutive weeks during the period of May 1st through September 15th.

13:9 Vacation time can be taken in whole or in part, if in accordance with Section 13:8 of this Article. Employees wishing to commence a vacation period of less than two (2) weeks shall notify the responsible officer of his intentions seven (7) days before starting such period. Employees wishing to commence a vacation period of two (2) weeks or more shall notify the responsible officer of his intentions fourteen (14) days before starting such period. No employee shall be entitled to more than one (1) Saturday and one (1) Sunday off for each week of vacation earned.

-21-

13:10    All vacations must be completed during the vacation year and are not accumulative. The City must afford the opportunity for the employee to take his vacation within the vacation year, except where this is in conflict with the provisions of Section 13:5.

13:11    Employees with four (4) weeks vacation can request compensation of one (1) week of said vacation in lieu of time off should the Department Head feel the employee can be used at employment. Said employment shall be at the straight time rate of pay.

13:12    An employee who resigns or is terminated for any reason before his vacation period in any year shall not be eligible for vacation in that year. It is understood that any employee who has earned vacation from the previous year shall receive pay in lieu of unused vacation. An employee who retires or is laid off shall receive vacation pay on a pro-rated basis.

13:13    In the event of any employee's death, his pro-rated accumulated vacation pay shall be paid to his survivor(s).

13:14    Employees who work four (4) hours or more overtime may elect to be compensated for such overtime in the form of extra vacation time, unless filling a vacancy created by the use of earned extra vacation time, and subject to the following:

13:14.1    Extra vacation time will be computed on the basis of one and one-half (1 - 1/2) hours of extra vacation time for each hour of overtime worked.

13:14.2    A maximum of ten (10) days per year shall be allowed in any fiscal year and all credited time shall be taken by the conclusion of each fiscal year. A maximum of ten (10) days per year shall be allowed in any fiscal year unless otherwise mutually agreed for Lieutenants in divisions other than Patrol and all credited time shall be taken by the conclusion of each fiscal year.

-22-

13:14.3    Employees can accumulate a maximum of five (5) days at one-time before being required to take said credited time unless otherwise mutually agreed for Lieutenants in divisions other than Patrol.

13:14.4    Extra vacation time shall be returned to employees when sufficient notice is given and it does not interfere with the efficient operation of the Department.

13:15    One (1) day off duty requests based upon days earned by the employee (i.e., vacation, personal leave, extra vacation time), may be granted provided the request is submitted no later than three (3) days prior to the day desired. Such request shall be in writing and shall be granted subject to the demands of the Department. All requests that are received seven (7) days or more in advance of date desired, when granted, shall be given in order of adherence to seniority. All requests that are received less than seven (7) days in advance of date desired, when granted, shall be given in order of date and time submitted.

## ARTICLE XIV
## SICK LEAVE

14:1    Sick leave shall be considered as absence from duty with pay for the following reasons:

14:1.1    Illness or injury, except when directly traceable to employment by an employer other than the City of Bristol.

14:1.2    When the employee is required to undergo medical, optical, or dental treatment and only when this cannot be accomplished on off duty hours.

14:2    Eligibility for sick leave payments shall be computed from the date an employee is appointed a full time employee. Employees shall call in at least one-half (1/2) hour

-23-