FILED
Oct 15  9 56 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW BARTON, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| VS. | : | NO. 302CV1210(PCD) |
| | : | |
| CITY OF BRISTOL; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, RICHARD MULLANEY POLICE SERGEANT; BRIAN SUCHINSKI, POLICE DETECTIVE; AFSCME LOCAL 3754; AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY MELVIN DEKOW, UNION PRESIDENT | : : : : : : | |
|     Defendants | : | OCTOBER 14, 2003 |

### DEFENDANTS, RICHARD MULLANEY AND BRIAN SUCHINSKI'S, RESPONSE TO PLAINTIFF'S LOCAL RULE 9(c)(2) STATEMENT

1. Denied.

2. Denied.

3. Denied.

4. The defendants are unable to respond to this question as it is extremely vague. There is no indication as to the particular building or time period to which the plaintiff refers.

5. Denied.

6. Denied.

7. The defendants are unable to respond to this statement as it is entirely unclear as worded.

8. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

9. Admitted.

10. These defendants admit that they first met in 1973. It is denied that these defendants were "friends" prior to working for the Bristol Police Department.

11. Admitted.

12. Admitted.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

22. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

23. These defendants are without sufficient information or knowledge to form a belief

and leave the plaintiff to his proof.

24. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

25. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

26. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

27. Admitted.

28. Admitted.

29. Admitted.

30. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

31. These defendants are without sufficient information or knowledge to form a belief and leave the plaintiff to his proof.

DEFENDANTS,
RICHARD MULLANEY and
BRIAN SUCHINSKI

BY _____
Melissa A. Scozzafava
Of Kernan & Henry, LLP
P.O. Box 2156
Waterbury, CT 06722-2156
Federal Bar No.: CT 23560

## CERTIFICATION

I hereby certify that a true copy of the foregoing Objection was mailed, first class mail, postage prepaid, on October 14th, 2003 to:

Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

Alexandria L. Bufford, Esq.
Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Richard Lacey, Esq.
Corporation Counsel
City of Bristol
111 North Main Street
Bristol, CT 06010

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT 06450

_____
Melissa A. Scozzafava

KERNAN & HENRY, LLP   ATTORNEYS AT LAW
P. O. BOX 2156  •  WATERBURY, CONNECTICUT 06722  •  (203) 756-8961  •  JURIS NO. 30960  •  FAX (203) 754-2353