UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15  9 57 AM '03

ANDREW BARTON

   PLAINTIFF,

VS.

CITY OF BRISTOL, ET AL.

   DEFENDANTS.

CIVIL ACTION NO.
3:02CV1210 (PCD)

SEPTEMBER 21, 2003

## PLAINTIFF'S RESPONSE TO THE UNION DEFENDANT'S, LOCAL RULE 9(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. Admit.

2. Admit.

3. Denied. There were numerous conversations about the reprimand and removal. The plaintiff was asked to put the removal in writing.

4. Denied. The "union" was notified, and the wrote his memo according to what the "union" told him to write.

5. Admit

6. Denied. The plaintiff alleges that the violations of his rights include Detective Suchinski's repeated harassment. Sergeant Mullaney's failure to supervise and take action against Detective Suchinski, as well as the improper internal investigation.

7. Admit.

8. Admit

9. Deny.

10. Admit

11. Admit

12. Admit

13. Admit

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

24. Admit.

25. Deny.

26. Deny.

27. Admit.

28. Admit.

29. Admit.

30. Admit.

31. Admit.

32. Admit

33. Admit

34. Admit.

35. Admit.

                                           PLAINTIFF,
                                           ANDREW BARTON

                                           BY: _____
                                           Erin O'Neil
                                           Brewer & O'Neil, LLC
                                           818 Farmington Avenue
                                           West Hartford, CT 06119
                                           (860)523-4055
                                           Federal Bar #ct 23073

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid, on September 21, 2003, to the following:

Michael Rose
Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
fax: 860-246-2375


Melissa A. Scozzafava, Esq.
Kernan & Henry, LLP
PO Box 2156
Waterbury, CT 08069
fax: (203) 754-2353

Eric R. Brown, Esq.
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450
fax: (203) 237-2262

_____
Erin I. O'Neil