UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15  9 57 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ANDREW BARTON

        PLAINTIFF,

VS.

CITY OF BRISTOL, ET AL.

        DEFENDANTS.

CIVIL ACTION NO.
3:02CV1210(PCD)

September 21, 2003

## PLAINTIFF'S RESPONSE TO DEFENDANT, CITY OF BRISTOL, LOCAL RULE 9(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. Admit

2. Admit

3. Admit

4. Admit

5. Admit

6. Admit

7. Admit

8. Denied. The plaintiff was already inside the building, in the surveillance van. (Plaintiff's Affidavit.)

9. Admit

10. Denied. Sergeant Mullaney repeated the question as to why Rivera should not be arrested at that point.

11. Admit

12. Admit

13. Admit

14. Deny. There was not an argument between myself and Mullaney.

15. Denied. Burke, Castillo and Rivera were not present

16. Denied. There were only three people involved in the discussion.

17. Denied. There were only three people involved in the discussion.

18. Admit

19. Denied. The events of August 31, 1999 were not of concern for Mullaney.

20. Admit

21. Admit

22. Admit

23. Admit

24. Admit

25. Denied. A team member could be removed from the team for a serious violation.

26. Admit

27. Admit

28. Admit

29. Admit

30. Admit

31. Denied. The plaintiff suffered from a loss of overtime, loss of training opportunities, loss of the benefit of being in that (ERT) position.

32. Admit

33. Admit

34.   Admit

35.   Admit

36.   Admit

37.   Denied, The grievance intentionally skipped a step of the process.

38.   Denied. The grievance filed by the plaintiff was to include the whole process.

                                      PLAINTIFF,
                                      ANDREW BARTON

BY: /s/ Erin O'Neil
Erin O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## CERTIFICATION

     This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid, on September 21, 2003, to the following:

Michael Rose
Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
fax: 860-246-2375


Melissa A. Scozzafava, Esq.
Kernan & Henry, LLP
PO Box 2156
Waterbury, CT 08069
fax: (203) 754-2353

Eric R. Brown, Esq.
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450
fax: (203) 237-2262

                                                 _/s/ Erin I. O'Neil_
                                                 Erin I. O'Neil