PLAINTIFF'S
EXHIBIT
RM 1
6.3703CF

8/23    — Andy request to come out of NET, claiming
he is burned out.

8/25/00 — TK said Andy was to meet with Chief
on the issue. Chief didn't buy Andy's
reason (TK)

9/6/00  — Discussion with Andy regarding finishing
his case before reassignment (per TK).
Reviewed cases with Andy.

        — Later found memo from Andy requesting
to withdraw his transfer request because of
our earlier discussion. Renewed his
interest.

9/7/00   TK inquired what Andy's memo was about.
Told him I only spoke to AJ about clearing
cases and using his snitch. I found
memo after that discussion. AJ was
reluctant to let others use snitch.

         TK stated re-assignments were going to
be done still. Has stated previously. Stated
AJ was going to General Investigations &
Mendola would go to NET as requested.
Stated would not happen on shift swap
of 9/10 — no specified date.

... TK further stated AJ had to be re-assigned
... especially for the reason he gave (burned
... out). TK was advised working relationsh
between AJ + rest of NET was strained
because of AJ" inconsistant behavior +
attitude. He approaches work aggressively
at times & then becomes passive & distant
toward NET members when he doesn't
get his way. Responds by cold shoulder.

9/1/00    TK stated AJ would be assigned
... regular cases, no date specified. Stated
... AJ would remain at his desk in NET
... because he had nowhere to put his
... desk in CID. I suggested putting AJ at
No input. ... Rob's desk when he came to NET. TK
Not told ⟶ then said he wasn't putting Rob in
previously NET. Stated Rob had to stay in CID
... because of caseload. Also stated that
... NET had actually been overstaffed
... with "4" because when Mellon had returned
... from Statewide, he was kept in NET
... and still worked NARC cases. (However
⟶ when Mellon went CID - he still put
⟶ Lennon in NET- stayed at 4).
... Stated Rob only wanted reassignment
... to avoid working with AJ, not because
... he actually wanted to work NET.
(based on his talk with Rob on 9-8)

9/18/00    TK stated AJ would begin with General Cases on Sept 19 - Tuesday. NET + C.D. can mix cases. Borrow personnel if needed.

9/19/00    AJ off. TK advised me to note his days off on his desk calander so he can ensure AJ promptly starts on assigned cases.

9/25-9/26/00    Asked TK who Andys supervisor is now that Andy was being assigned general cases. Replied I would supervise for NARC cases when I use him. I again asked him who his actual supervisor was, to avoid confusion. Stated Pete was - but I could use AJ or any detective if needed

—    TK did not talk with me previously to 9/11 about Rob not coming to NET & Andy staying at desk. I still think the swap was going to be made. When I disagreed with his reasons, he said "maybe in 5-6 weeks he would sent Rob over to NET. Stated he wanted → my input (2nd time he made decision regarding NET w/o seeking input). No previous heads up Rob was staying CID instead of NET as previously told.

... I told him NET was now short handed,
... especially with Brian being out with
... broken foot. Stated he had heavy case load
... in CID. I advised him I had lots of
... cases and he stated we only investigate
... "suspected cases."

...

8/00 -  ... Had been on vacation 10/31 – 11/9.
/17/00  ... Returned to work on 11/10 & TK
        ... was now gone on two week vaction.
        ... Learned that Lennon had been
        ... assigned to shotgun training this week
        ... (11/13 – 11/17). Email from Quther
        ... had advised of training this time
        ... period before vaction

I also spoke to TK on 11/9 by phone. Did not tell me about Lennous Training assignment. Was done by time I returned to work. Left me with Carello for week. Brian out - AJ in school all week. Was not advised of Lennous Training assignment at anytime. Left NET short.

11/27    TK advised me Carello wanted out of NET. Will put AJ in Net. Stated a CID night guy will go days to fill vacancies due to illness/injuries. Stated Plaz out to at least 12/13. Roy out w/pneumonia. Rene had knee surgery today. I advised him Carello to have knee surgery soon (didn't know - vac).

11/28/00    TK informed me Andy was in NET as of today. Under my supervision.

12/13/00    ① Spoke to TK. Returned Andy's "Found Property" report with instructions to have Andy follow up and amend report.

② Spoke to TK of concerns I had concerning Andy's behavior. Attitude has changed since returning to NET on 11/28. i.e. Upset over Mary Hanksley, 91 Tulip St, being assigned found property, not being able to find camera on Tues 12/11 & 12/12

12/00
ON'T

... TOLD TK OF PASSIVE/AGGRESSIVE BEHAVIOR. ALSO
... OF BRIAN INFORMING ME OF ANDY PUSHING HIS
... PAPERWORK ONTO FLOOR ON 12/7 SO ANDY COULD
... USE COMPUTER. TOLD TK OF ANDY ACTING
... IMMATURE & GIVING SILENT TREATMENT TO NET.
... ANDY QUICK TO BLAME OTHER DETECTIVES (REGARDING
... MELLON TAKING CAMERA & DAVE LEAVING
... CAMERA ON COMPUTER TABLE 4 DAYS.)

... TK ALSO TOLD ME HE WAS GOING TO SPEAK TO
... MELLON REGARDING HIS REFERRING SNITCHES
... TO STATEWIDE INSTEAD OF NET.

NDY
ESN'T
E
PERVISION,
SENTS
THORITY,
ES AS
RITICISM,

... TOLD TK ANDY'S BEHAVIOR & ATTITUDE IS
CONCERNING NET, THAT HE CRITICIZES OPENLY
AND BLAMES OTHERS. TK STATED THAT WHEN
GOULD IS PROMOTED, THAT HE IS THINKING OF
PUTTING HIM IN NET & ANDY IN CID AFTER
A TRAINING PERIOD IN CID FOR GOULD.
I WAS IN AGREEMENT. I TOLD HIM I
THOUGHT ANDY WAS A DISRUPTIVE ELEMENT &
WASN'T TRUSTED. I TOLD HIM, BRIAN S,
DAVE, CHRIS + BRIAN G WOULD LIKELY
BE A SOLID UNIT AND THEY WOULD
WORK WELL TOGETHER. TOLD HIM GOULD
WORKED OKAY FOR ME IN PATROL & IS VERY
COOPERATIVE + CONSCIENTIOUS. TOLD TK
BRIAN S IS PRODUCTIVE & ANDY LESS
PRODUCTIVE AND THAT GOULD WOULD

12/13/00
Cont

LEARNS QUICKER WITH BRIAN S, DAVE &
CHRIS THAN WITH ANDY. TK WAS
LEAVING AND STATED WE WOULD TALK
AGAIN ON THE MATTER.

TK ALSO OBSERVED ANDY BLAMING MELLON
FOR HOARDING THE DIGITAL CAMERA. ANDY
HAD COME IN ON WAY TO CLASS ON (12/13 ?)
LOOKING FOR CAMERA. THIS WAS MORNING
AFTER HE APPROACHED ME, ALSO BLAMING
MELLON FOR ACTING LIKE CAMERA WAS HIS
PERSONAL PROPERTY.   TK WAS WITH CHIEF
IN NET AT THE TIME & SAW SAME
BEHAVIOR I DID.  TK TOLD ANDY THAT
MELL DID NOT HAVE THE CAMERA, THAT
HE HAD GIVEN IT TO THE TECH GUYS
(RUSS + DANAD) TO WORK OUT A
PROBLEM WITH IT.

/27/00

moving )
Day )

ADVISED TK THAT BRIAN SUBMITTED REPORT TO
ME INQUIRING AS TO HOW THE 12/7 INCIDENT
INVOLVING AJ WAS GOING TO BE RESOLVED. TOLD
TK I WOULD FORWARD TO HIM WHEN I WAS
MOVED IN. HE REPLIED HE DIDN'T WANT IT,
THAT I COULD HANDLE HOWEVER I WANTED.

/11/00

Mellon arrests M.H. for drugs while working Underage Drinking assignment at Murryfield.

M.H. works for S.T. as informant. Andy wanted M.H. to work for him & highly resented her working for S.T. Became very upset regarding this matter.

te Nov
ly Dec

Andy was attempting to get a buy out of 91 Tulip St using D.Z. Buy didn't go. Was working on this location. S.T. told me he had two buys already out of the house. I told Andy that Tulip St was done. I also spoke to ST about need to communicate activity (he agreed). M.H. was informant. Andy resented this and commented about Mellon & ST taking informants from N.E.T. Became aggitated.

Is acting slightly aloof & standoffish.

0/4

6:30-
pprox.

D.Z. called, spoke to Mellon about property she found in her car that she thought was stolen. Mellon told her to bring it to H.Q. to turn in (didn't pertain to any of his cases). D.Z. came in & Andy was waiting at F.D. (confirmed by T.K.). Andy took her to interview room and by-passed Mellon.

Mellon was leaving at 1600 & AJ was interviewing D2. Mellon had no chance to get property. I told Mellon to go home and assigned AJ to retrieve the property, tag, & complete report. Report was improperly done & inaccurate (indicated was for Mell's cases). Report returned, per TK, on 12/3.

Andy blamed Mellon for not taking the property, stating he told Mellon to talk to D2 (Mellon denied this). AJ resented being assigned to the property & made negative comments regarding Mellon, indicating Mellon didn't retrieve the property out of laziness & stuck him with it deliberately. I told him it was because he had intercepted D2 and never gave Mellon a chance to talk to D2.

I saw the property from D2 still in NET office with no tag & no report submitted (3 days later). AJ had told me on 12/6 he was going to do it.

NOTE: ( On 12/4, AJ placed property at Mellon's desk — on 12/5 TK and Mellon put it back at AJ's desk )

AJ had not followed my instructions on 12/4 to tag the property & do a report

CONT

I called AJ & had him give me 10/1.
He told me he was returning to HQ.
I ordered him to respond to HQ &
tag the property & complete a report
without delay. He paused briefly
& replied okay & a resentful tone.

Later this date, Brian approached
me & told me that Andy had come into
the office. Brian had paperwork laid out
on computer table & stepped away
momentarily. At this point, Andy walked
to the table & pushed Brian's paperwork
off the table — directly onto the floor.
He did this by brushing his hand across
the table & letting the paperwork fall to
the floor. Brian said Andy said nothing
to him and he seemed aggitated. He
then grabbed the keyboard & started
typing a report (possibly the report I
had just told him to do). Brian said
nothing to Andy & reported the incident
to me. He stated it appeared Andy
was annoyed and aggitated about
Something.

1/12/00
approx

Andy had been to drug school during the day. At about 18:00, he came into the office and began looking for the digital camera to take to class on 1/13. He was upset when he couldn't find it and asked me if I knew where it was. I told him Mellon had informed me he was going to use it 3-4 days ago. Andy immediately became irate and pointed towards Mellon's desk, & remarked "well yeah, fuckin Mellon takes the camera, he think like its his personal property and keeps it." (similar). He made additional negative comments about Mellon using the camera, & was becoming increasingly aggitated over the matter. He said he needed the camera for class & angrily blamed Mellon for preventing him from doing so. (I didn't know at this time TECH had camera). I then stopped Andy from ranting and told him that Mellon had my okay to use the camera however he still remained upset.

I then spoke to Andy about his/others previous use of the camera since he brought subject up. I told him that about two weeks ago the camera was left lying around on the NET computer table for about 3-4 days.

That someone left it lying around; that he frequently uses the camera at that table. He replied "Yeah well Dave was using it for something then." I had finally put the camera away on a Saturday. Andy denied it was him and blamed Dave. I also told Andy I've seen the camera unsecured on his desk for 2 days or so at a time. He didn't reply to this. Andy then left.

Later I asked Dave and Chris if they had used the digital camera within the past two weeks. They both tried to figure out how to use it 4-6 weeks ago and then put it back in the box and put it on shelf. I asked Dave if he used it two weeks ago and he said the only time he used it was 4-6 weeks ago - took picture of Lennon to see how to use camera.

It appeared that Andy immediately cast blame on someone else to avoid guilt.

Next AM, Andy came to office looking for camera, spoke to TK (with Chief). Exhibited same behavior of blaming Mallon. Was told TECH had camera because of a problem.

Andy showed me & TK tendency to blame Mellon for missing camera w/o proof it was his fault.

Dauphinais arrested Kim Henry & Richard Moore. Dauphinais + Blackington interviewed Henry which led to his obtaining drug info. (Attempted to do a r.p of Tom Ludwig after Dauphinais notified NET). Andy became upset because they didn't notify NET immediately of drug info. Andy had been in booking during part of interview. Lennon had also been present & spoke to Henry regarding info. Andy's accusation regarding lack of NET notification was inaccurate. When told Cross spoke to Henry, Andy remained upset and sharply criticized "Patrol" for not bringing in NET. NET was busy with arrests but Andy criticized "Patrol" (Dauphinais/Blackington) for several days for not forwarding any info. Dauphinais later told 12 me (12/13) Andy had been present & he thought Andy had noted the info Kim provided. Andy showed extreme resentment toward Patrol for not bringing in NET, even though NET was tied up.

9/11   Dave
9/12 - Andy, Dave ( Chris at Glock Schr, finished 2nd Shift @ 1730
9/13 - Andy, Dave, Chris left sick @ 16:00
9/14 - Chris only, (X1 Days, Andy VAC, Dave NCIC Recert)
9/15 - Chris, Dave

9/18 - Dave, Andy (Chris off)
9/19  Dave, Chris, Andy
9/20  Dave, Andy, Chris (West End Surveillance)
9/21 - Andy, Chris (Dave - days)
9/22  Andy, Chris  (Dave - Sick)

9/25  Andy                    (Chris - school, Dave - off)
9/26  Nobody (Andy days, X1, X2, X3 in School)
9/27  Dave (Chris School, Andy DIF)
9/28  Dave, Chris
9/29  Dave, Chris, Andy

10/2  Dave, Chris  (Andy Sick)
10/3  Dave, Chris  (Andy Sick)
10/4  Dave, Chris  (Andy Sick)
10/5  Dave, Chris  (Andy Days)
10/6  Dave, Chris  (Andy C10 unavail - C10 Dallon S.O.'s)

10/9  Andy C10 (X1 days  D1, D2 off), Dave off
10/10  Dave    (Andy Sick)
10/11  Dave, ~~Andy (Sick)~~ Andy (C10)
10/12  Dave, Andy ~~(Sick 1900)~~
10/13  Dave

10/16 Chris, Dave

10/17 Chris, Dave

10/18 Chris, Dave

10/19 Chris, Dave (x1 Days)

10/20 Chris, Dave (x1 Days)

10/23 Chris (Dave - Hartford Orals)

10/24 Chris ( "       "        " )

10/25 Chris ( "       "        " )

10/26 Dave (Chris - Compartment School)

10/27 Dave (left sick 17:30 - Chris in School)

10/31 -                    11/1 → 11/3  Lennon in W. Va.

         Vacation

11/9

11/10  Worked day shift, CHRIS
       Corello off

11/13 Dave (x1 days)

11/14 Dave (x1 days)

11/18 Dave (x1 - 2nd)

11/16 Dave (x1 - 2nd)

11/17 Dave (x1 - 2nd)

11/20 Dave Chris

11/21 Dave Chris

11/22 Chris (Dave Off)

11/23 - 11/24 Off (Thanksgiving)

11/27 — Dave, Chris

12/28 — Dave, Chris, Andy    (Andy rejoins SET) per TK

11/29    "    "    "'

12/30    "    "    "

12/1    "    "    "

12/4  Dave  Chris  Andy

12/5  Dave  Chris  Andy

12/6  Dave  Chris  Andy

NET 8/97 - Present —

TK, "Burned out, need a
reason for Change."

quest? No personal problems, or
other issues, just needs
Change. Needs to do a
different type of work
other than narcotics.

RTMENT

08-23-2000

8/25  0920  Call to CID.
Mellon, DI making copies.
Message to DI to call.

0950 DI called. Advised
of Det. Barton's reasons
why he wants to leave NET
RE: 8/24 discussion w/
Barton

e immediately.

500  TK stated Chief didn't buy
Andy's reason & wanted to talk
to Andy soon about request.

## BRISTOL POLICE DEPARTMENT

### Day:  Wednesday  Date: 09-06-2000

**TO:**           **Det. Sgt. R. Mullaney**

**FROM:**         **Det. A. J. Barton**

**SUBJECT:**      **NET Assignment**

Sir,

    Based upon our conversations regarding my assignment in NET I have decided to withdraw my request for a transfer.  My original request for a transfer was made in haste.  My recent conversations with you have renewed my desire to be a productive member of the Narcotics Enforcement Team.

    The recent smoothness of the work that we have been doing has refreshed my interest. Additionally, I have an excellent informant, who has expressed a desire to work with me in pursuing numerous cases.  I expect this to be a long-term commitment.

    I ask that you forward my memo to Lt. Killiany for further evaluation.

Respectfully Submitted

Detective A.J. Barton

PD 42

## BRI. OL POLICE DEPARTMENT

DAY _SAT._        DATE _7-31-99_        TIME _____

TO: _A. BARTON_

FROM: _Sgt. E. Osanitsch_

SUBJECT: _ERT CALL-IN_

Andy.
    I NEED A memmo from you STATING

why you were a no show to the ERT call in

7-9-99 at 0500 hrs. Also, why no response to

page or home phone call. I'll need that by

WED 8-4-99.   Thanks


                    Sgt E.O

**BRISTOL POLICE DEPARTMENT**

**TO:** Capt. Kalwat

**FROM:** Sgt E. Osanitsch

**DATE:** 10-9-98


    As per our conversation, enclosed is the information requested on the performance of Detective A. Barton as concerning to the Emergency Response Team.

    During the past two calender years Det. Barton has missed four training sessions and two ERT call outs ( on one arriving after the situation was resolved ).

    On Sept. 3,4, 1998 the ERT was activated and assigned to execute a NET search warrant. Detective Barton was the lead NET investigator and provided the team with a briefing of the situation. A number of team members expressed that they were shocked at the quality and content of the briefing. Comments made by Det. Barton, such as, " This is a minor deal " , " I want this to be low key so nobody notices the team out there " and " The main target is the first floor, they are dealing pounds ( when the search warrant was for the 1st floor ) shows lack of understanding as to what the mission of the  ERT is. A major concern of mine is that Det. Barton failed to inform the team that the person listed in the search warrant had armed encounters recently with other drug dealers, one in which shots were fired. This would be unacceptable conduct from any department member, let alone an ERT member.

    On 9-2-98 Det. Barton split his normal work shift so that he could collect four hours overtime for training that day. The splitting of the shift appears in violation of a direct order issued by Det. Lt. Killiany stating CID members could not split shifts for ERT with out his prior approval. Assistant Team Leader Sgt. Grimaldi investigated this incident on request of the Chief and found that Det. Barton was informed of this " no splitting shift " policy after a similar incident 5-12-98. It appears that this incident is not an ERT issue at this time but an issue within CID.

    During the month of September 1998 Det. Barton stated he no longer wished to conduct any training for the Department. This negatively impacted the teams Chemical / Def-Tec Training.

## *BRISTOL POLICE DEPARTMENT*

**Day:  Monday  Date:  08-02-99  Time:**

**TO:**            **Sgt. Osanitsch**

**FROM:**          **Det. A.J. Barton**

**SUBJECT:**       **ERT Call –In      07-09-99**

Sir,

On the morning of 07-09-99, I worked dayshift. Upon my arrival, Lt. Leone asked if I was there for the "Call-In". I had no idea what he was talking about. After he explained the situation to me, I looked for ERT members to see why I was not contacted. I spoke to Ptlmn. Kiszka and then Capt. Kalwat.

Capt. Kalwat stated that he phoned my house and received a busy signal. He assumed my phone was off the hook and he, nor anyone else attempted a second call.

I have never taken my phone off the hook. I turn my bedroom ringer off from time to time so as to not wake my youngest child. I go to great lengths to not miss calls. I have total phone, and caller ID, and an answering machine. This way if I miss a call, I get a message, or know who calls.

I then tried calling my house, and the phone rang. My wife and kids were still sleeping. There was nothing wrong with my phone. I believed that a number other than mine was dialed which resulted in it being busy, and an assumption that I take my phone off the hook which diminished the chance of a follow-up phone call. I was under the impression that the front deskman calls until he makes contact to find out one way or the other for a response.

In regards to my pager, On Tuesday or Wednesday of that week, my pager stopped working. You make contact "Airtouch" to verify, and find that within a week's time, it took three pagers to correct the problem.

As far as being a "no-show", I can't get there if I don't know I'm needed. I would have responded, especially since I got up early for work that morning.

I hope this explains why I was not contacted, and therefore did not respond.

**Respectfully**

**Det. A. J. Barton**