## BRISTOL POLICE DEPARTMENT

DAY __TUESDAY__    DATE _12-26-00_    TIME _____

TO: __Det Lt T Killiany__

FROM: __Det Sgt R Mullaney__

SUBJECT: __Report: Det Suchinski__

Sir;

The attached report submitted by Det Suchinski is in reference to the incident I informed you about during our conversation on 12/13/00, regarding Suchinski's claim that on 12/07/00, Det Barton pushed Suchinski's paperwork onto the floor without explanation in order to clear off the table so he could use the computer.

Respectfully Submitted
Det Sgt R Mullaney

1  UNITED STATES DISTRICT COURT

2  DISTRICT OF CONNECTICUT

3  - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                   :
4  ANDREW BARTON                                   :
                                                   :
5        Plaintiff                                 :
   VS.                                             :CIVIL ACTION NO:
6                                                  :3:02CV12101(PCD)
   CITY OF BRISTOL, ET AL,                         :
7                                                  :
        Defendants                                 :
8  - - - - - - - - - - - - - - - - - - - - - - - - -x

9

10                    JUNE 27, 2003

11

12        Deposition of RICHARD MULLANEY, taken

13  pursuant to the Federal Rules of Civil Procedure, held at

14  the Law Offices of Brewer & O'Neil, 818 Farmington Avenue,

15  West Hartford, CT, before Elisa Ferraro, LSR, a Notary

16  Public in and for the State of Connecticut, License No.

17  233, on Friday, June 27, 2003 at 10:05 a.m.

18

19

20

21                 A+ REPORTING SERVICES
                       10 Ryan Drive
22                  Wallingford, CT 06492
                      (203)269-9976
23

24

1      Q    How about in 1999?

2      A    Early '99 I went to Narcotics.  I believe it was

3   the end of April or early May.

4      Q    And how many people did you supervise in

5   Narcotics?

6      A    I believe that was four.

7      Q    Do you recall who you were supervising?

8      A    Dave Corello, Brian Suchinski, Andrew Barton.

9   And I believe Rob Mendella briefly was in Narcotics.  And

10  eventually he was brought back to CID.  And Chris Lennon

11  was put in Narcotics, so it would have been that final

12  four there.

13     Q    Okay.  And how did your responsibilities differ

14  in Narcotics from the General Investigations?

15     A    It was similar except we focused primarily on

16  narcotics cases.  So overseeing or assigning narcotics

17  cases and assisting in the investigations.

18     Q    When you say "assisting," what did that entail?

19     A    I found Narcotics to be a little bit more hands

20  on for me.  For example, if we had surveillance or

21  narcotics buys, I would go and participate in those.

22  General Investigations I was more overseeing the other

23  detectives work our cases.

24     Q    And who was your supervisor?

1        A       Lieutenant Killiany.

2        Q       And in 2000, do you recall who you supervised?

3        A       I believe it was the same people.

4        Q       And your supervisor still stayed Lieutenant

5   Killiany?

6        A       Still, yes.

7        Q       And in 2001?

8        A       I retired in January.  Up to then, it was the

9   same.

10       Q       Okay.  What is your educational background?

11       A       Two years of -- after high school, two years of

12  college.

13       Q       Where was that?

14       A       At Tunxis and then Farmington.

15       Q       Did you receive a degree?

16       A       No.

17       Q       Did you have a general area of study?

18       A       Criminal Justice and also through the police

19  academy just ongoing and continuing police related courses

20  during the course of my career.

21       Q       Why didn't you get a degree from Tunxis?

22       A       I was going part time.  I believe that was '84

23  to '86.  And I stopped for a while because a family member

24  of mine had been severely injured and I had other things

1       Q       What did Killiany tell you?

2       A       Something along the lines of when he's working

3    Narcotics, you're the boss and when he's working general,

4    Pete's the boss.  I was trying to clarify does he work for

5    Pete or does he work for me.

6       Q       Was that clarified?

7       A       I think he said he worked for Pete Barton.

8       Q       Do you know how long that was for?

9       A       I believe he was in General Investigations for a

10   couple months so two, two and a half months or so.

11      Q       Then there's a continued -- there's another

12   paragraph following that.  Would that be in the same time

13   frame?

14      A       Yes.

15      Q       Then on the next page, there's an entry with no

16   date.  Do you think that's a continuation of the

17   September 25 and 26?

18      A       Most likely.  I can recall we had an extended

19   conversation one day.

20      Q       And then following that, there's a space?

21      A       Yes.

22      Q       Do you know why there's a space?

23      A       There would have been something there.  I don't

24   know what at this point.

1    Q    Yes.

2    A    Two or three months that I can remember.

3    Q    Is that every day?

4    A    No.  It was a couple or three nights a week,

5    maybe.

6    Q    And you were doing that while you worked

7    somewhere else?

8    A    I was working at Guida's Dairy at the time.

9    Q    Do you know where Mr. Suchinski was working?

10    A    Prior to that, no.

11    Q    Did he work with you in the part time -- while

12    you were working part time, was he working part time also?

13    A    I believe so.

14    Q    And then you became a full-time employee and he

15    became a full-time employee around the same time?

16    A    He was three months before me in 1974.

17    Q    Were there other people who came on who were

18    moved from part time to full time with you?

19    A    When I came on, there was one other officer.  We

20    went full time the same day.

21    Q    Who was that?

22    A    Gary Vincent.

23    Q    Is he still working there?

24    A    As far as I know he is, yes.

1    Q    Do you know his position?

2    A    Patrol officer.  He's one of the youth officers.

3    Q    He started as a patrol officer with you?

4    A    Yes.

5    Q    So you were working as a patrol officer from

6    approximately 1974 through late '70s, early '80s with

7    Mr. Suchinski?

8    A    Not exclusively every day.  We worked different

9    shifts.  We may have had different days off, so on

10   occasion we would be working the same shift in different

11   patrol cars too.  We weren't necessarily partnered up in

12   any way.

13   Q    At that time, did you socialize with him outside

14   of work?

15   A    Occasionally, yes.

16   Q    Would you go in a group of guys or would you go

17   just you and him?

18   A    No.  It was more from what I can recall, usually

19   it would be a group.  We might be doing something,

20   softball game or something like that.

21   Q    Was there a group that usually would go out

22   together.

23        MR. MCDONALD:  Objection to form.

24   A    Not that I recall, no.

1     Q    Do you have other friends in the department?

2        MR. MCDONALD:  Objection to the form.

3     A    I have a few, yes.

4     Q    Currently?

5     A    Yes.

6     Q    You have friends?

7     A    Yes.

8     Q    Who are they?

9     A    Bill Leone, Tom Battisto, Tom Thayer who just

10 retired.

11    Q    Is that T -

12    A    T-h-a-y-e-r.  Chip Deco, Paul Hines.

13    Q    Besides Tom Thayer who just retired, is everyone

14 else still working in the department?

15    A    I believe so.

16    Q    Do you know Bill Leone's position?

17    A    He's a lieutenant.

18    Q    And Jim Battisto?

19    A    Sergeant.

20    Q    And Chip Deco?

21    A    Lieutenant.

22    Q    Paul Hines?

23    A    He's a sergeant.

24    Q    Did these people come in with you or around the

1    same time?

2            MR. MCDONALD:  Objection to the form.

3    Q    Did these people start working at the police

4    department the same time as you?

5            MR. MCDONALD:  Objection to the form.

6    A    At different times.

7    Q    Are any of these individuals -- did any of these

8    individuals as far as you know come in to the police

9    department in early 1970s, mid 1970s?

10   A    Deco came in, I believe, around '73.  He was on

11   when I came on.  Hines came in, I believe, around '80.

12   These are estimations.  Battisto was three months before

13   me in '74.  I'd say March of '74.  And who is left?

14   Q    Bill Leone.

15   A    He came in early '75.

16   Q    So would Jim Battisto have come in the same time

17   as Brian Suchinski?

18   A    Yes, he did.

19   Q    And you're still friendly with these

20   individuals?

21   A    Yes.

22   Q    Do you know if Mr. Suchinski is friends with any

23   of these individuals?

24   A    As far as I know, he is.  I don't really know.

1    Q    Did he ever socialize with any of these

2    individuals while you were present?

3    A    On occasion, yes.

4    Q    Recently?

5    A    I can't say recently.  I haven't been there for

6    a couple years.

7    Q    I mean outside of work?

8    A    Oh.  Not that I recall.  Nothing that comes to

9    mind.

10    Q    Are these the same individuals that you might

11    have gone out and socialized with 1975 through early '80s?

12              MR. MCDONALD:  Objection to form.

13    A    It's possible.  A lot of the social functions,

14    it was whoever was there was there.  It wasn't necessarily

15    something that was pre planned.  It might be a softball

16    game that somebody would show up to or some other

17    function.

18    Q    Did you ever invite any of those individuals

19    over to your house for barbecues or anything?

20              MR. MCDONALD:  Objection to form.

21    A    Bill Leone has been to my house and Jim

22    Battisto.  You're speaking socially?

23    Q    Yes.

24    A    Those two.  And Brian Suchinski has stopped by

1  for a visit now and then, but it's nothing that was of a

2  social nature such as a barbecue or something.

3       Q    Besides depositions in this case, have you seen

4  Brian Suchinski out of work since you retired?

5       A    Yes, I have.

6       Q    Where have you seen him?

7       A    At my house.

8       Q    Have you invited him over?

9       A    It would be an impromptu thing where he would

10  call.  If I was home, he would stop by.  It wasn't

11  necessarily a pre planned invitation.

12       Q    Have you ever gone over his house?

13       A    Yes.

14       Q    You guys live near each other?

15       A    Couple of miles from each other.

16       Q    Since this litigation started, have you ever

17  talked to each other about this case?

18       A    Yes.

19       Q    What did you talk about?

20            MR. MCDONALD:  I'm just going to impose an

21       objection that anything said in my presence

22       would be privileged.  You can discuss anything

23       else outside of any conversations we've had.

24       A    Brian's the one that told me about the case.  I

1   wasn't aware.  I had never been served any papers, so I

2   wasn't aware of it.

3        Q    How did he let you know about the case?

4        A    He came by my house and showed me the paperwork,

5   his copy of the paperwork.

6        Q    When he showed you, did he seem upset about

7   being served paperwork?

8        A    No.

9        Q    Were you surprised when you saw a copy of the

10  lawsuit?

11       A    Yes, I was.

12       Q    And what did Brian say to you when he showed you

13  the lawsuit?

14       A    I don't remember specifically, but he was

15  surprised also.  Neither of us thought there was much

16  merit to it.  I think that's what surprised us about it.

17       Q    And besides that first initial conversation,

18  have you discussed the case afterwards?

19       A    We haven't discussed it in detail.  It just came

20  up in a conversation or possibly when we were going to see

21  our attorney, we would call each other and make

22  arrangements to ride in together.  But that was about it.

23       Q    And would one of you call each other to discuss

24  any developments such as when one person was going to be

1   deposed or anything?

2       A    Yeah.  I might mention to him I have to go

3   because it had been scheduled a few different times and

4   postponed.  When Andrew Barton was postponed, we called

5   each other to ride in together and picked him up and drove

6   him in.  Things of that nature and visa versa, when he was

7   going to be deposed and I was going to be deposed.

8       Q    Is your family friendly with his familiar?

9       A    Which family?

10      Q    Immediate family, your wives or children?

11      A    My wife knows Brian and has only met Brian's

12  wife once and knows who she is.  My kids are full grown

13  and out of the house, and Brian's kids are still pretty

14  young, so that wouldn't apply.

15      Q    I'm going to give you a --

16           MS. O'NEIL-BAKER:  Could you mark this.

17           (Whereupon, Document was marked as Plaintiff's

18      Exhibit RM 1 for identification.)

19      Q    I've given you a document which is exhibit 1.

20  Do you recognize this document?  You can take your time

21  and look it over.

22      A    Yes.  It looks familiar to me.

23      Q    What is this?

24      A    These were some notes I had kept while I was in

1   Narcotics, copies of the notes I had kept.

2       Q    And the entire document is your handwriting?

3       A    From what I can see it, yes.  Yes, it is.

4       Q    Why did you keep these notes?

5       A    After I went into Narcotics, there came a point

6   where I was concerned with my dealings with Lieutenant

7   Killiany so I started documenting a few things.

8       Q    Why?  What concerns did you have?

9       A    Well, we had -- there was one incident where I

10  believe it was in June of 2000 or around early June,

11  possibly late May.  There was a complaint that had been

12  made about the overtime not being equal.  In fact, I

13  believe it was made by Andy and possibly somebody else

14  within CID and previous to that, Lieutenant Killiany had

15  advised me to try to keep the overtime to a minimum, to

16  stay within his budget.  So that's what I would do and

17  dole out the overtime if I felt it was necessary.  After

18  the complaint was made that the overtime wasn't equal, he

19  came up with a plan to equalize it by assigning us to

20  surveillances that didn't pertain to Narcotics.

21          In other words, he had instructed me to see what

22  detectives wanted to work.  For example, we were watching

23  a bridge on third shift because kids were throwing

24  boulders at cars off the bridge.  Things of that nature.

1    So I did that.  And some detectives went to him and

2    complained they wanted to use overtime for Narcotics.  And

3    he okayed that and he blamed me for not advising that

4    there was overtime needed for Narcotics.

5          So he said one thing at one time and said

6    another thing at another time.  And I put this plan

7    together with the chief without asking for input and

8    blamed me for not giving input.  So I started documenting

9    because I didn't feel he was being straightforward with

10   me.

11       Q     The first entry on this document is August 23?

12       A     Um, hum.  I'm sorry.  Yes.

13       Q     Would that be the first entry in your notes?

14       A     I don't believe so.

15       Q     Did you take notes prior to August 23?

16       A     I think I noted that incident I just described

17   with the lieutenant, but I don't see that here.

18       Q     Would that be the only other note you would have

19   or did you have like almost daily running?

20       A     Prior to August?

21       Q     Yes.

22       A     I think it started about June through this time

23   frame up until I retired.

24       Q     Do you still have your notes?

1     A    Yes.

2     Q    Do you know why we only have a copy from August?

3     A    No, I don't.

4     Q    Did you provide an entire copy to your attorney?

5     A    Yes.

6     Q    So what type of things would you detail in your

7  notes?  What was your focus?

8         MR. MCDONALD:  Objection to the form.

9     A    I don't understand what you mean by that.

10     Q    When you were taking notes, what did you feel

11  was important to detail?

12     A    Any discrepancies of any kind or anything that I

13  thought might come up later on with some form of

14  disagreement to it or questionability.  Nothing

15  specifically.  I was looking for just what I thought I

16  might be questioned on later where I might need some

17  notes.

18     Q    Were these notes just for your own benefit?

19     A    Yes.

20     Q    Where did you keep them?

21     A    I don't recall if I kept them locked in my

22  office or I may have taken them home with me.

23     Q    Was it on like a spiral notebook?

24     A    On kind of a legal pad.

1    A    At one time that I recall, she called -- I don't

2    know what they spoke about.  I heard Brian talking to

3    somebody on the phone.  And then afterwards he came in and

4    said it was Sharon, and she sounded drunk.  And she was

5    screaming and swearing at him because she wanted to talk

6    to Andy.  I don't know where he was.  He was either off or

7    out on the road.

8    Q    Was that the only time he mentioned a concern

9    about her?

10    A    May have been one or two other times.  He was

11    concerned about her reliability also.

12    Q    Do you know who cultivated her to be an

13    informant?

14    A    No, I don't.

15    Q    Do you know if she was a prostitute?

16    A    I don't know.  I've been told she is, but I

17    don't know specifically.

18    Q    If you turn to September 19, entry of

19    September 19 in Exhibit 1.

20    A    (Witness complying.)

21    Q    You can take a minute to read that.

22    A    Okay. (Witness complying.)

23    Q    And it says "TK advised me to note his days off

24    on his desk calendar."

1    A    Um, hum.

2    Q    And in the sentence, are you referring to Andy's

3    days off?

4    A    Yes.   Tom Killiany wanted to know what days Andy

5    had off.

6    Q    Do you know why he wanted to know that?

7    MR. MCDONALD:   Objection to the form.

8    A    He told me he wanted to make sure Andy promptly

9    started working on cases that he was assigned, because I

10   believe now that was around the time when Andy went into

11   CID.  And he wanted to -- Andy would be working, I

12   believe, second shift so I would be the supervisor, one of

13   the supervisors on duty.  And he wanted to make sure Andy

14   started cases promptly after they were assigned.

15   Q    So Killiany was asking you to note it on

16   Killiany's desk calendar?

17   A    Sorry.  Killiany wanted me to make the notation

18   on his desk calendar.  That was common for us to do for

19   days off or vacation days.  He instructed me to note when

20   Andy had his days off so that he, Tom, could make sure

21   that Andy started his cases promptly.

22   Q    Why did you think that was important to put in

23   your notes?

24   A    I don't recall.  I don't know why I did it.

1    Just in case it was questioned later, I believe.

2        Q    Questioned by Killiany?

3        A    By anybody.

4        Q    Were there other detectives who you noted their

5    days off on Killiany's calendar?

6        A    No.

7        Q    How long did you do that for?

8        A    I don't remember.

9        Q    Was it longer than a month?

10       A    It may possibly have been because I think he was

11    in CID for a couple of months.  And he eventually came

12    back to Narcotics.

13       Q    Was it for the whole time he was in CID?

14       A    I don't remember.

15       Q    Would you be marking off his scheduled days off

16    on the calendar?

17       A    I don't remember.  Just any day he wasn't there.

18       Q    On the day he wouldn't show up, you would mark

19    it on the calendar?

20       A    Yes.  From what I can remember.

21       Q    In the next entry, it says "App 9-25/through

22    9-26-00."  You can read that.

23       A    Okay. (Witness complying.)

24       Q    You can read the first paragraph.

1    come in and finish a report.

2         He stated that Andy walked into the NET office

3    which was separate from my office and walked up to the

4    computer table and kind of a backhand manner shoved

5    everything onto the floor and started typing on the

6    keyboard.

7         Q    And when Detective Suchinski told you that, what

8    did you tell Brian -- or Detective Suchinski?

9         A    I may have asked him a question or two about if

10   they spoke.  I believe he said he asked him what was wrong

11   or something along those lines.  And Andy didn't reply.

12   He just kept typing and gave him the cold shoulder

13   treatment.  At some point, Brian came to me and reported

14   it.

15        Q    Did you take any disciplinary action against

16   Andy for that incident?

17        A    I looked into it and investigated it as much as

18   I could, but I found it unsubstantiated.  So the answer is

19   no, there was no discipline.

20        Q    What did you do to investigate it?

21        A    I got Brian's side of the story.  He told me

22   what happened.  As I recall, there was some delay because

23   I don't remember if I was out sick or Andy was on vacation

24   or at school.  It was a couple of weeks later that I spoke

1    with Andy about it.

2        Q    What did Andy say about it?

3        A    He didn't have any recall of any such incident.

4    The following night he approached me in the office.  The

5    first discussion, I'll back up, I let it go.  I was going

6    to type it up.  The following night he approached me again

7    in the office and informed me that he did recall stating

8    it was about a couple of weeks ago.  He came in to do a

9    report and Brian asked him if he moved the paper.  He said

10   Brian had come into the office and asked him if he moved

11   the paper punch.  And he said something along the lines

12   that I was using it.  Andy told me he didn't know why

13   Brian was asking that question, so this could be possibly

14   the incident that Brian was referring to when he

15   approached me.

16            He said that "I didn't shove anything off the

17   table and there was no disturbance or conversation."  He

18   didn't know why Brian was asking him.  So at that point, I

19   advised Killiany and Tom told me to write it up and I did.

20       Q    When you made the note on December 7, was it

21   right after you had spoken to Detective Suchinski?

22       A    I'm not sure which -- I don't remember when I

23   actually made the note.

24       Q    Did you generally make the notes

1    contemporaneously on that same day?

2        A    I would try to make them as soon as I had the

3    opportunity.  I can't remember when I actually made these

4    notes here.

5            (Whereupon, Document was marked as

6        Plaintiff's Exhibit RM 2 for identification.)

7        Q    I'm giving you what's marked as Exhibit 2.  Do

8    you recognize this document?

9        A    Yes, I do.

10       Q    Can you explain what that document is?

11       A    The incident -- this is in reference to the

12   incident we were just discussing.  Let me just peruse

13   through this for a moment.  Yes.  This was in regards to

14   the incident that Brian had verbally reported to me

15   earlier that we were discussing.

16       Q    The December 7 incident?

17       A    Yes.

18       Q    Did you ask Detective Suchinski to put the

19   incident in writing?

20       A    I don't believe so.  I don't recall asking him.

21       Q    Did he hand you this document?

22       A    He brought this to me, and I can see by the date

23   it was a couple or three weeks after the incident.

24       Q    You said that there was a delay between the time

1    that you talked -- between the date that it happened and

2    when you spoke to Detective Barton?

3         A     Yes.

4         Q     I forget what you said the reason was for that.

5         A     I think I noted it somewhere.  It was either

6    Andy being in school or on vacation.  And I possibly was

7    out for some reason.  I recall being out sick around that

8    time frame.  I didn't look into it right away.

9         Q     Was this document handed to you by Detective

10   Suchinski while Detective Barton was out sick or out at

11   school training?

12        A     I don't remember that.

13        Q     And when he gave this document to you, did he

14   mention anything else?

15        A     Not that I can remember.  I don't remember if he

16   gave it to me or I found it on my desk.  I don't remember

17   any discussion with him about this.

18        Q     Did he explain what "indifference" he was

19   getting from Detective Barton?

20        A     I don't recall if he explained it when I got

21   this, but in the past, he had.  Andy would just give him

22   the cold shoulder and ignore him type of treatment.

23        Q     In Exhibit 2, it says "When I return to work

24   after being out for 14 weeks."

1     A     Yes.

2     Q     Do you know why Detective Suchinski was out for

3 14 weeks?

4     A     He had been out that time frame with a broken

5 foot.

6     Q     Did he break his foot at work?

7     A     It was in our gym.  He broke it when he was

8 working out.

9     Q     When he returned to work, was he placed on desk

10 duty or was his foot healed?

11     A     I think he was back on full duty from what I can

12 remember.

13     Q     Was this the first time that Detective Suchinski

14 had had concerns about Detective Barton being indifferent

15 or hostile?

16     A     He had mentioned that type of behavior in the

17 past at other times.

18     Q     Do you recall when?

19     A     It would have been during -- on and off during

20 say the year 2000.  I don't recall specific incidents.

21 And he would express concern with Andy working

22 aggressively at certain times and other certain times he

23 would be very passive and almost standoffish and almost

24 aloof.  I would notice different times different with him.

1    Q    Did you ever meet with Detective Suchinski and

2    Detective Barton together to discuss this?

3    A    Separately I can recall meeting with them once,

4    but I don't recall meeting with them together.

5    Q    The one incident that you remember, did you meet

6    with Detective Barton?

7    A    I met with both of them at different times.

8    Q    About the same incident?

9    A    I don't know what incident you're referring to,

10   but it was about -- I knew there was some friction between

11   the two of them.

12   Q    How did you know about that?

13   A    They had each come to me and expressed that.

14   Q    When was that?

15   A    That was earlier when I was in Narcotics, so it

16   could have been late '99 or earlier 2000.  I don't recall

17   the year exact time.

18   Q    Did they both come up to you regarding the same

19   event?

20   A    I don't believe so.  I think they may have had

21   an argument prior to approaching me at different times.  I

22   don't recall specific with it being in reference to any

23   case.  I think it was an argument in the office and I

24   wasn't present for it.  I learned when they approached me.

1    Q    When were you first approached by Detective

2    Suchinski about concerns he had with Detective Barton?

3    A    Around that time frame, late '99 or earlier

4    2000.  Specifically, I don't know.

5    Q    Was it in your office?

6    A    I believe so, yes.

7    Q    Had Detective Suchinski made an appointment with

8    you?

9    A    No.  We weren't that formal.  None of us were

10   that formal.

11   Q    You had an open door policy?

12   A    Yes.

13   Q    And do you remember what Detective Suchinski

14   mentioned?

15   A    He was -- not specifically.  He was concerned

16   about the bickering and things of that nature.  And I'm

17   trying to recall specifically.  Just that they weren't

18   getting along, and I don't think he trusted Andy either.

19   Q    And this discussion was that the first time you

20   were aware of friction between them?

21   A    I believe so.  From what I can remember, Andy

22   had approached me the same time frame.

23   Q    Within a couple days or a couple weeks?

24   A    More like a day or so.  It might have been the

1  same day.

2      Q    Do you recall what Detective Barton said?

3      A    That he wasn't getting along with Suchinski and

4  he was upset by it.  And he wasn't -- I believe he didn't

5  want to do anything formally.  He just wanted it to stop.

6  He wanted me to talk to him.  That's what I did.  I talked

7  with both of them individually, and they both assured me

8  that when they had to work together, they would do so

9  amicably and it wouldn't be a problem.  It was sort of

10  handled behind closed doors at that point.

11      Q    Did they handle it?

12      A    It seemed like things were running pretty smooth

13  for a while.  I didn't notice any problems.  They both

14  could be opinionated and have their own opinions.  And

15  they both were set in their ways, but I didn't notice any

16  obvious problems.  There was no arguing that I could

17  recall while I was present anyway and I wasn't made aware

18  of anything while I wasn't present.

19      Q    You said that the first time this came up was

20  probably late 1999?

21      A    As best I can remember, I think.  It might have

22  been early 2000, but I recall it being when I was first in

23  Narcotics so that was early '99 so I'm guessing later '99.

24  Maybe the fall or something like that.

1          (Whereupon, Document was marked as Plaintiff's

2     Exhibit RM 3 for identification.)

3     Q     You can take a minute to look over this.

4     A     Okay.  (Witness complying.)

5     Q     Do you recognize this document?

6     A     Yes.

7     Q     What is it?

8     A     That's the report I submitted to Lieutenant

9     Killiany regarding the December 7 incident in the office.

10    Q     And on the second page, if you could turn to the

11    second page, the third sentence down it says "Suchinski

12    described the incident as aggressive and hostile in nature

13    and that Barton continues to act indifferent toward him."

14          After this incident, did Detective Suchinski

15    have any other concerns about Detective Barton acting

16    indifferent toward him?

17    A     After this incident, I don't know.  But I

18    noticed by the date, this was just before I retired so --

19    I'm sorry.  Could you repeat that.

20    Q     Sure.  My question is following this incident,

21    did Suchinski have concerns about Detective Barton acting

22    indifferent toward him?

23    A     Specifically, I don't remember.

24    Q     How about Detective Barton acting aggressive or

1    hostile toward him?

2         A    Nothing that I'm aware of.

3         Q    And prior to this December 7 incident, were

4    there other occasions when he, when Suchinski, complained

5    that Detective Barton was acting aggressive or hostile?

6         A    I can't say hostile toward -- you mean toward

7    him specifically.  I can't remember anything like that.

8         Q    And how about acting indifferent?

9         A    That I can recall.  He brought that up every now

10   and then that he would tend to act indifferent toward

11   people if there was any disagreement or he didn't get his

12   way.  He would tend to be a little indifferent.  Maybe

13   pout a little bit, sort of a cold shoulder scenario.

14        Q    Would Suchinski bring that up to you in your

15   office?

16        A    Might be, or wherever the opportunity presented

17   itself.

18        Q    Where else would that be?

19        A    It could be out on the road somewhere if we were

20   working or somewhere else in the building.

21        Q    And when Detective Suchinski would mention his

22   concerns about him being indifferent, would you address

23   those concerns with Detective Barton?

24        A    Not necessarily.  There were times I would ask

1       It was a sizable amount of marijuana.  He

2   debated "We're not going to do this now.  We're not

3   supposed to do it.  We can do other things."  It became

4   embarrassing.  It was embarrassing so I just told him

5   "We're arresting him now.  That's the end of the

6   discussion."  He went beyond just offering his opinions.

7   He went into the area of arguing and debating with me.  It

8   was embarrassing.  And I thought it reflected unfavorably

9   and made us look foolish.

10      So when I reported it to Killiany later on,

11  Killiany had called me to find out how the operation went,

12  I told him we made an arrest and I also told him about

13  that.  And he instructed me to submit a report to him.

14      Q    You spoke with Killiany that day?

15      A    I think it was later that day.  I don't know --

16  he must have called me.  I wouldn't have had a reason to

17  call him.  He would do that occasionally.  He would call

18  to see -- if he knew what we were doing or something, he

19  might call to find out how it went.  At any rate, we had a

20  chance to talk that day.  And while we were talking, I

21  told him what happened.

22      Q    While you were having this debate with Andy, did

23  you express to him your concerns that he was arguing with

24  you?

1          MR. MCDONALD:  Objection to the form.

2     A     I didn't actually tell that to him, no.

3     Q     Did you mention to him that his conduct was not

4 appropriate?

5     A     Not at that time, I didn't.  At a later time, I

6 did.

7     Q     Did you ask him to be quiet?

8     A     As I said, at the point where it was getting a

9 little out of hand, I felt it was out of hand, I said that

10 was the end of the discussion and it stopped.  I didn't

11 tell him previously.  That would have just fanned the

12 flames, I think.

13     Q     Did you tell Detective Lennon that he shouldn't

14 argue with you?

15     A     Lennon didn't argue with me.

16     Q     And when did you submit a report to Lieutenant

17 Killiany?

18     A     Without actually looking, it was about a day

19 later, possibly.  Possibly about two or three days later

20 because there was another incident in the office I think I

21 included in the report.

22          (Whereupon, Document was marked as Plaintiff's

23     Exhibit RM 5 for identification.)

24     Q     I handed you Exhibit 5.  Do you recognize this?

1          A      Yes, I do.

2          Q      What is this document?

3          A      This is the report that I submitted to

4   Lieutenant Killiany, regarding the incident at the muffler

5   shop.

6          Q      Did you ever meet with Lieutenant Killiany to

7   discuss your report?

8          A      I did, yes.  After I submitted this is when I

9   met with him.  I'm sorry.  I do recall talking to him

10  before I submitted it now that I recall.

11         Q      Do you know when you met with him?

12         A      Not specifically, no.  But I believe it was once

13  before I actually gave him the report.

14         Q      Did you meet with him after you submitted the

15  report?

16         A      I don't recall.  With regards to this?

17         Q      Yes.

18         A      I don't recall.

19         Q      Do you know what action Killiany took as a

20  result of you explaining this report?

21                MR. MCDONALD:  Objection to the form.

22         A      I believe he recommended a written reprimand.

23         Q      And you did give Detective Barton a written

24  reprimand?

1     A     Yes.

2     Q     Was that the only written reprimand you gave

3 Detective Barton?

4     A     Yes.

5     Q     Did you ever give Detective Barton a verbal

6 warning?

7     A     With regards to anything you mean?

8     Q     Anything during the time that you were his

9 supervisor.

10     A     Not in an official capacity.  I don't believe

11 so.  Nothing that comes to mind.

12     Q     So is this written reprimand regarding the

13 Meineke Muffler incident the only discipline you gave

14 Detective Barton?

15          MR. MCDONALD:  Objection to the form.

16     A     Only thing that comes to mind.

17     Q     As a result of the arrest at the Meineke Muffler

18 shop -- Withdraw the last question.  What was the

19 disposition of the arrest?

20     A     I don't know.

21     Q     Did the West Hartford police handle the arrest?

22     A     Bristol did.

23     Q     Bristol handed it?

24     A     We did.

1    Q    You didn't follow up to see what happened?

2    A    I didn't personally, no.

3    Q    Who would be in charge of that?

4    A    It may possibly be not anybody unless Lennon may

5    have -- out of curiosity may have followed it.  If we

6    weren't called to go to court or anything of that nature,

7    it may be resolved without any notification from anybody.

8    Q    You said you weren't served a copy of this

9    lawsuit?

10    A    Not officially, no.

11    Q    And the first time you found out about the

12    lawsuit was through Detective Suchinski?

13    A    That's correct.

14    Q    Have you reviewed the allegations that are made

15    against you by Detective Barton?

16    A    Yes.  I've since obtained a copy of the lawsuit

17    and have looked at that.

18    Q    Did Detective Barton ever complain that a rubber

19    rat had appeared on his desk?

20    A    He mentioned that to me one time in a talk we

21    were having.  We were just talking about things in

22    general.  I don't remember specifically what, and he

23    mentioned at one time he had found a rat on his desk.  But

24    it was -- I believe it was well beyond the time that this