1  actually occurred.  I wasn't aware of it at that point

2  when he told me.

3      Q    Did he tell you when it did occur?

4      A    Not that I can remember.

5      Q    And when he had this discussion with you, was

6  that the first time you had heard anything about a rat

7  being on his desk?

8      A    As far as I know, it was.  At this point, from

9  memory, I don't remember any prior knowledge of that.

10     Q    And do you recall where you were when Detective

11 Barton mentioned the rat to you?

12     A    It might have been in my office.  I can remember

13 him mentioning something about a rat on the desk.

14     Q    Was that the only thing you talked about at the

15 time?

16     A    I don't remember.  I don't remember what we were

17 talking about at the time.  I remember him bringing up

18 something about a rat on his desk.  It wasn't something

19 that just occurred.  I got the impression it happened

20 maybe before I was in the division.  I thought it was

21 something that happened in the past.

22     Q    Do you recall what he said?

23     A    Not specifically, other than the fact that he

24 found a rat on his desk.

A+ REPORTING SERVICES

1    Q    What did you respond to him?

2    A    About the rat?

3    Q    Yes.

4    A    I don't remember what I said to him about that.

5    Q    What did you think about someone placing a rat

6   on his desk?

7    A    The term "rat" is used for if someone thinks a

8   person is acting in a capacity of informant, going to the

9   boss, talking about things going on, then you refer to him

10   as a rat.

11    Q    How do you think that applied to Detective

12   Barton?

13         MR. MCDONALD:  Objection to the form.

14    A    I'm not sure I understand the question.

15    Q    When Detective Barton mentioned that a rat had

16   been placed on his desk, did you ask him who did it?

17    A    I don't remember.  I may have asked him if he

18   knew who did it.

19    Q    Did he tell you?

20    A    I don't think he did at that time.  I don't

21   think he knew.

22    Q    Do you know who did it?

23    A    No.

24    Q    Did you do anything to find out who did it?

1      A      No.

2      Q      Why not?

3      A      I thought -- I was under the impression at the

4   time that it was past tense, that it was something that

5   happened prior to me being there.   I wasn't aware it just

6   occurred.   I thought it was something long before my time.

7      Q      Did Detective Barton want you to do anything

8   about it?

9      A      He didn't ask me, no.

10      Q      He just mentioned it?

11      A      It was mentioned in conversation.   We were

12   talking about a variety of things.   He mentioned something

13   about a rat being put on his desk.

14      Q      Was there a rat in the department, a physical

15   rubber rat in the department?

16      A      Yes.

17      Q      Why did you have a rat in the department?

18             MR. MCDONALD:   Objection to form.

19      A      I don't know why it was there.   When I went into

20   the office, it was stuck on the bulletin board with a

21   thumbtack.

22      Q      When was that?

23      A      I should rephrase that.   When I went to

24   Narcotics, it was already there.

1    Q    You saw it on the board?

2    A    It was common knowledge.  Anybody could see it.

3    Q    How long did it stay on the board?

4    A    I don't know.

5    Q    Was that its location?

6    A    The whole time I was there it was there, like a

7  division pet.  I thought it was there more as a spoof than

8  anything else.

9    Q    And this bulletin board is it just for the

10  Narcotics Division?

11    A    It's in our office.  Anybody could walk in the

12  office door.  Unless we were doing something of a private

13  nature, the door was open.

14    Q    What else would be placed on that board?

15    A    Notices and things of that nature.

16    Q    Who was in charge of putting notices up on the

17  board?

18    A    Anybody that had information that they thought

19  had to be passed on could post things there.  Could be

20  notices of any type.  Postings on police notice of policy

21  or new memos or things of that nature.

22    Q    Were you in charge of putting up new policies

23  and procedures?

24    A    If a new policy came out, I would see to it that

1   everybody was aware.  I wouldn't be by posting.  I would

2   leave a copy on people's desks.  I would do that

3   frequently.

4        Q     If a detective or an officer wanted to put

5   something on the board, did they have to get permission

6   first?

7        A     Not necessarily permission.  They might advise

8   me they were going to post something and I'd say to go

9   ahead and post.

10       Q     Was there a policy on how long a posting could

11  stay on the board?

12       A     No.

13       Q     Was anybody in charge of taking old postings

14  down?

15       A     Not in charge, but if a notice or information

16  that had been posted or information that didn't apply,

17  anybody could just remove it.  It wasn't a locked bulletin

18  board.  It was an open board.  You could put things there.

19       Q     Could people put like personal though, like car

20  for sale?

21       A     Technically you could, yes.

22       Q     So that regarding the rat situation, besides

23  Detective Barton telling you of that incident, did he ever

24  complain to you about any other incidents that had

1  happened in the Narcotics office?

2            MR. MCDONALD:  Objection to the form.

3       A     Incidents in general you mean?  I'm not sure.

4       Q     Well, you said that he complained about a rat

5  being put on his desk, correct?

6            MR. MCDONALD:  Objection.

7       A     He complained that it had been placed there.  He

8  didn't complain in a formal way to me about it.

9       Q     And prior to you retiring, he gave you the memo

10 regarding what we looked at was Exhibit 4, the incidents

11 detailed in Exhibit 4?

12      A     What was the question again?

13      Q     He made you aware of those incidents?

14      A     This one, yeah.  He handed me this one I can

15 recall.

16      Q     Besides the incident detailed in Exhibit 4 and

17 the rat incident, were there any other occasions that

18 Detective Barton discussed with you his concerns about

19 behavior in the Narcotics department?

20      A     On occasions, he might make a comment about --

21 he might refer to Suchinski as my buddy or something, kind

22 of facetiously; but he never came to me about any kind of

23 complaints about anything.  I can recall him being

24 concerned about the friction that was in the office.  It

1  might have been in the same conversation where he brought

2  up the rat.

3        And he made mention that he didn't know why

4  people felt that way about him or something along those

5  lines.  I can recall him mentioning that to me.

6        Q    Did Detective Barton use the word "friction"?

7        A    I can't say if that's the word he used or not.

8  That's the impression I'm getting from that discussion.

9        Q    The discussion, you're talking about the rat

10  discussion?

11        A    The overall discussion that he wasn't getting

12  along with people.  That may have been when he mentioned

13  the rat.  I don't know if it was the same discussion or

14  another time he mentioned the rat.  That's why I thought

15  that this was something had occurred possibly weeks or

16  months before I was in the office.  He never came to me

17  and said, Look, I just found a rat on my desk.  That never

18  happened.  That was mentioned as something that occurred

19  prior and it was included in a conversation about other

20  things we were having.

21        Q    So the conversation you had with Detective

22  Barton where he mentioned the rat incident, was he

23  describing other incidents that he had concerns about?

24        A    Not specific incidents.  We may have been

1  talking about a case he was working on and once we were

2  done with that, sometimes he would just sort of stay in

3  the office and talk about anything that came up in

4  general.  Sometimes we would talk about something that had

5  nothing to do with work, just have a little chat about

6  things.

7        But I can recall one time he was concerned about

8  he was having difficulty getting along in the office.  And

9  this may have been -- I really can't put a time frame on

10 it.  It may have been before he requested to come out of

11 the office, shortly before that.  He made mention about

12 people think I go to the chief and I didn't know why

13 people thought that about him.  I think that's what he

14 thought why the rat wound up on his desk.

15       Q    Did he say that?

16       A    I don't know specifically.  I don't know if he

17 actually said that.  But he did mention he didn't know why

18 people thought that he was being a rat, why the rat was on

19 his desk.  He said, I think people think that I'm a rat

20 and things of that nature.

21       Q    Did he specifically say which people?

22       A    I don't think he knew who put the rat on the

23 desk.  If he did, he didn't say.  He may have had

24 suspicions, but he didn't say.  He didn't stipulate that.

1      Q     But he said some people think he's a rat?

2      A     I recall some discussion about that.  I think he

3    was talking people in general, because I think he sensed

4    he wasn't really trusted.  He felt that was the reason

5    why, because we talked about that briefly on one occasion

6    I can remember.

7      Q     Did people -- I'm using just people.  Did anyone

8    in your department ever mention to you that they didn't

9    trust him?

10     A     Not directly.  I don't recall people.  Maybe

11   Brian said he didn't trust him.  But I don't recall other

12   people saying they didn't trust him.  I know people were

13   reluctant to work with him, but I can't say people

14   specifically said that was the reason why.

15     Q     How do you know people were reluctant to work

16   with him?

17     A     It had been mentioned in office conversations

18   and things like that.  Again, I didn't supervise him until

19   I went back to Narcotics, so I don't know what happened

20   prior to that.

21     Q     So you said in office conversations, people had

22   mentioned that they were reluctant to work with him.

23     A     That was the sense I got.  Again, nobody came to

24   me and said, I don't ever want to work with Andy.  But I

1    know there was suspicions about -- not suspicions, but

2    people were nervous or leary about working with him

3    because I don't think they quite trusted him.

4        Q    How do you know that?

5        A    Just overhearing things in the office.

6        Q    Just the Narcotics office?

7        A    CID also, when he was down there.

8        Q    Who were those people?

9        A    Specifically, I don't remember.  I can recall

10   one guy in the office talking about one time he identified

11   a burglary suspect on a videotape.  And I never saw this

12   myself so I don't -- I can't elaborate.  I have no direct

13   knowledge of this.  There was jokes and comments made

14   about all you could see on the tape was the back of the

15   person's head so how could you ID him?  I don't know if

16   he got a warrant.  I wasn't involved.  I recall

17   overhearing comments like that.

18       Q    Who said that?

19       A    I don't remember.  It was probably back in '98

20   or '97, before I went into Narcotics.  And I think that

21   early in his detective career, he was still in the CID

22   before he went to Narcotics, so it may have been '97 or

23   '98.

24       Q    And how would that comment relate to him being

1   untrustworthy?

2       A    It might have brought his integrity into

3   question.  It wasn't a discussion I was involved in.

4       Q    But you're saying that it was your sense that

5   people thought he was untrustworthy, and you're getting

6   that from overhearing people's comments, correct?

7       A    If I'm understanding your question correctly,

8   I'd say yes.

9       Q    Were there any other times where you overheard

10  people talking about him that would lead you to believe

11  that they didn't trust him?

12      A    Not from other people.  I can't recall other

13  conversations.  Nothing specific.  Now and then it was --

14  it might be mentioned by somebody, but I can't remember

15  anything specific.

16      Q    Did Detective Suchinski ever say that he didn't

17  trust Detective Barton?

18      A    Yes.

19      Q    And when was that?

20      A    I don't recall the time when it occurred, but it

21  was kind of an ongoing thing once I got into Narcotics.

22      Q    What would Detective Suchinski say?

23      A    Just in general that he didn't want to -- he

24  didn't like working with him.  He didn't trust him.  He

Case 3:02-cv-01210-PCD    Document 79-5    Filed 10/15/2003    Page 12 of 22

90

```
 1   didn't say he wouldn't work with him, but he was very

 2   leary about him.

 3       Q    Did he give you reasons?

 4       A    He didn't think Andy was all truthful about

 5   things.

 6       Q    Anything else?

 7       A    Nothing that comes to mind.

 8       Q    Did you ever ask Detective Suchinski for

 9   specifics, why he didn't think he was truthful?

10       A    I don't recall anything.  It was a concern of

11   mine.  I don't recall actually asking Brian anything, for

12   any information on that.

13       Q    Did you ever ask Detective Barton about your

14   concerns about his untrustworthiness?

15       A    In that earlier conversation, probably the same

16   time frame when he mentioned the rat and he was giving me

17   the impression that he didn't know why people felt that

18   way about him, I think I may -- I mentioned to him, I

19   said, "I know you spend time with the chief a lot and I

20   think that's what leads to a lot of this distress."  He

21   would be seen in the office on a pretty frequent basis.

22       Q    In the chief's office?

23       A    Yes.

24       Q    Why would that make you think that he was
```

1    untrustworthy?

2        A    It didn't make me think he was untrustworthy.   I

3    think that's what other felt people felt.

4        Q    Did Brian's time spent with the chief make you

5    have concerns about him?

6        A    You mean Andy's time spent with the chief?

7        Q    Um, hum.

8        A    He spent an awful lot of time in there, but I

9    know for a while Andy was on the ERT team and that was one

10   of the favorite projects of the chief.  For all I know,

11   they could have been talking about things of that nature.

12   I had concerns for Andy but not necessarily because he was

13   in the chief's office a lot.  I think that's one of the

14   things that may have caused other people to become

15   suspicious of him.  I remember talking to him about that.

16   He expressed in that earlier conversation when I mentioned

17   the rat, I said, "You spend a lot of time in there and

18   people are going to start to get suspicion of that."

19       Q    Had anyone mentioned that that's why they were

20   suspicious of him?

21       A    Suchinski may have, but I don't remember anybody

22   in general.  Brian may have brought that up once or twice.

23       Q    And when Brian would bring that up to you, how

24   would you respond to Brian's concerns?

1    A    I would just not respond to it at all.  It's

2    just -- we wouldn't get into any ongoing long-winded

3    discussion.  He would mention it to me and I would

4    acknowledge the fact and that was the end of it.

5    Q    Where would Detective Suchinski bring this up to

6    you?

7    A    He would mention it anywhere.  And I would

8    notice.  I frequently would go down to the chief's office

9    myself.  He liked to be informed about Narcotics.  I would

10   talk to him about things.

11        Also, at the time, I was procuring equipment for

12   the Narcotics Division and I had to go to the chief about

13   that because of grants.  And I would go to him, or

14   Killiany with the request and I would be down there

15   myself.  And I had an amicable relationship with the chief

16   anyway and I would see him and talk to him.  And I noticed

17   Andy would be down there sometimes.  He would show up

18   while I was there and wait until I was gone and then he

19   would go in.

20   Q    My question was actually when Detective

21   Suchinski would bring these concerns up to you, where was

22   that?  Where did he talk to you about his concerns?

23   A    Could be in the building somewhere or up in the

24   office.  I don't think he would specifically come to see

1  me to tell me.  We might be involved working together on

2  something and he would make mention of it.  I don't

3  remember him actually coming specifically to tell me that.

4  Could have been anywhere really.

5     Q    Right after the December 7 incident with the

6  paper hole punch and the paper, did Suchinski come

7  directly to you?

8     A    About what?

9     Q    About the incident?

10    A    After I submitted the report?

11    Q    No.  Right after the incident happened.

12    A    After it occurred, yes.  He came up to me and

13  verbally told me what happened.  Again, I don't recall how

14  long afterwards.  That's how I learned of it.

15    Q    Was it the same day?

16    A    I think it was, yes.

17    Q    Do all the detectives have their own office?

18    A    No.  It's a large office with cubicles.

19    Q    So each detective has a cubicle?

20    A    Their own desk and cubicle.  The Narcotics

21  office was an open office without the cubicles.

22  Downstairs it was the same way.  There were some with

23  cubicles.  Once they remodeled, they had cubicles.  I'm

24  not sure about the Narcotics office because that was still

1   not finished when I retired.  I don't know the situation

2   now.

3       Q     Just when you were supervisor.

4       A     It was an open office and everyone had their own

5   desk and cubicle area.

6       Q     And you had your own office?

7       A     I had a separate office until the new office was

8   remodeled.  Then I had a cubicle like everybody else.

9       Q     How far away -- before the remodeling, how far

10  was your office to all the other detectives' cubicles?

11      A     The Narcotics detectives?

12      Q     Yes.

13      A     Right next door.

14      Q     Could you hear what was going on in the office?

15      A     Sometimes if the doors were open, you could

16  hear.  It was a separate office but it wasn't very

17  private.

18      Q     So if your door was open, then you could hear

19  what was going on?

20      A     Possibly if it was loud enough, I could hear it,

21  yes.

22      Q     On the December 7 incident, did you hear papers

23  flying?

24      A     No.

1    Q    Did you hear a hole punch hit the floor?

2    A    No.  I didn't hear any disturbance or anything.

3    Q    Did you ask anybody else about a rat being

4    placed on Detective Barton's desk?

5    A    Not that I recall.

6    Q    Did you let Killiany know that Detective Barton

7    had mentioned something about a rat on his desk?

8    A    I don't remember.  I thought this was something

9    that had already taken place and it came up in

10   conversation but not in a complaint manner that he

11   expected me to do anything about it.  That was the

12   impression I had.

13   Q    Had you ever received complaints or concerns

14   about Detective Suchinski's behavior?

15        MR. MCDONALD:  Objection to the form.

16   A    From Andy in talking with him, he told me they

17   weren't getting along.

18   Q    Was Detective Barton the only person who ever

19   voiced concerns about Detective Suchinski?

20   A    I think Dave Corello once mentioned concerns

21   about Suchinski and Barton, that they weren't getting

22   along.  I can recall that.  He described it as a kind of

23   childish behavior type thing.

24   Q    And besides Corello, did anyone else ever

1   mention concerns about Suchinski's behavior?

2       A    I don't remember anybody else bringing anything

3   to my attention.

4       Q    So while you were the supervisor of Narcotics,

5   the only complaints or concerns you had regarding

6   Suchinski's behavior was from Andy Barton and then this

7   one time by Dave Corello?

8       A    From what I can recall, I have to say yes.

9       Q    Was Lieutenant Killiany aware?  From your own

10  knowledge, do you know if Lieutenant Killiany was aware of

11  any complaints about Detective Suchinski's behavior?

12      A    I don't know directly if he was or not.  I think

13  I would say it's likely he was because I know we had --

14  the time that I had that discussion with Andy.

15      Q    Which discussion?

16      A    About the rat.  And I don't know if I actually

17  mentioned the rat to Killiany.  I recall talking to

18  Lieutenant Killiany about Brian and Andy each complaining

19  about each other.  And I had a talk with each of them and

20  they seemed to be getting along.  I handled that in an

21  informal manner.

22      Q    When you brought that up to Lieutenant Killiany,

23  was he aware of some kind of friction between Suchinski

24  and Barton?

1       A       I think he was, yes.  It wasn't the general

2    topic of conversation, but I think he knew about it.

3       Q       Did he say anything to indicate he knew about

4    it?

5       A       Every now and then, he would ask how things were

6    going to sort of keep tabs on it.  I don't recall him

7    being overly concerned about it.

8       Q       How things were going between Suchinski and

9    Barton?

10      A       He would ask.  I would meet with Killiany just

11   about every day, skip a day here and there.  He would go

12   home at four and I would come in at three and do a shift

13   changeover.  Sometimes he would come in and ask if things

14   were okay up in the office.

15      Q       When he said up in the office, did you think

16   that to mean between Suchinski and Barton or just in

17   general?

18      A       Probably both I would say.

19      Q       Was that before or after you told him about the

20   discussion you had with Detective Barton about the rat?

21      A       I don't remember.  It was just periodically he

22   would ask me, because I think he was aware of the fact

23   that friction would occasionally arise between Andy and

24   Brian.  And I think he felt that Brian was difficult to

1    get along with, so he wanted to be kept informed of it.    I

2    don't remember if it was before or after that discussion I

3    had with Andy.

4        Q    Do you know why Lieutenant Killiany would think

5    that Brian was difficult to get along with?

6            MR. MCDONALD:    Objection to the form.

7        A    Brian is outspoken and he's not bashful about

8    voicing his opinion on things.

9        Q    Did he voice his opinion to you?

10       A    About what?

11       Q    Anything.

12           MR. MCDONALD:    Objection to the form.

13       A    Periodically he would, yes.

14       Q    Did any of the detectives in Narcotics complain

15   about Suchinski voicing his opinion to them?

16       A    Other than what we've talked about with Andy, I

17   don't remember other detectives coming up to me with any

18   type of complaints.    And that generally went both ways.

19   We would always voice opinions to each other.    It's kind

20   of an acceptable atmosphere of the office.

21       Q    Between you and the other detectives?

22       A    Could be between me and the other detectives or

23   among themselves.    The nature of that sort of work people

24   come up with different ideas they want to implement.    We

1   were working cases.  It may be a specific detective's case

2   but there might be three or four guys working on it and

3   one may offer another opinion, I think this is better.

4   And sometimes they would bring those ideas to me and I

5   would participate in the discussions and we would pick a

6   game plan and go with it.

7       Q    Did Detective Lennon ever complain about

8   Suchinski's behavior?

9       A    He may have made comments about Brian being

10  opinionated or something.  Never came to me with an actual

11  incident or anything.  And Detective Lennon had kind of a

12  little bit more of a docile personality about him I can

13  recall in the office.  I don't remember him ever

14  complaining about anything or coming to me with any kind

15  of a formal or informal complaint.  He may have just made

16  a comment about Brian voicing his opinions.

17      Q    Did Detective Lennon ever voice concerns to you

18  that Detective Suchinsky would interfere with his cases?

19      A    I don't remember him ever saying anything about

20  that.

21      Q    Did Detective Lennon ever come to you with

22  concerns that Detective Suchinski would interfere with his

23  informants?

24      A    No.  I'm not aware of who he was using as an

1    A    Not that I recall.

2    Q    Did you ever have to give him a verbal warning?

3    A    I'm not sure what you're considering a verbal

4  warning.  I talked to him that time he wasn't getting

5  along with Andy.  And I talked to both of them, told them

6  I didn't want to have to deal with settling disputes and

7  anything to disrupt the office.  I suppose you could

8  consider that a verbal warning.

9    Q    Was that the only time?

10    A    That I can recall, yes.

11    Q    Were there any written warnings for Suchinski?

12    A    Not from me, there weren't any.  No.

13    Q    Did he receive any other -- did he receive any

14  written warnings from anyone else while you were the

15  supervisor of Narcotics?

16    A    Not that I'm aware of.

17        (Whereupon, Document was marked as Plaintiff's

18    Exhibit RM 6 for identification.)

19    Q    I'm giving you a document that is identified as

20  Exhibit 6.

21    A    Yes.

22    Q    It's a photograph.  Do you recognize what this

23  is a photograph of?

24    A    Mine is not -- it's all blurred out, but it