UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

U.S. DISTRICT COURT
NEW HAVEN, CONN.

ANDREW BARTON,
    Plaintiff,

-vs-   : Civil No. 3:02cv1210 (PCD)

CITY OF BRISTOL, *et. al.*
    Defendants.

## ORDER

Pursuant to Local Rule 56(a)(3)

Each statement of material fact in a Local Rule 56(a) Statement by a movant or opponent must be followed by a citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial.

D. CONN. L. CIV. R. 56(a)(3). Plaintiff's 56(a) statements are generally noncompliant with the Local Rules as he does not support many of his statements with appropriate citations as required. [*See e.g.* Doc. No. 66, 73, 76, 77].

Accordingly, Plaintiff shall file Amended 56(a) Statements on or before November 13, 2003.[1] Should Plaintiff not comply, where Plaintiff does not support his statements with citations to the record Defendants' material facts will be deemed admitted. *See Shoaf v. Matteo*, 100 F. Supp. 2d 114, 117 (D. Conn. 2000) (Where "Plaintiff's submission, . . . merely disagrees with part of the defendants' Local Rule [56(a)] statement and does not cite any evidence, [it] does not create genuine issues of material fact . . . . [and] the facts set forth in the defendants' Rule [56(a)] statement will be properly deemed admitted.").

---

[1] As there are numerous 56(a) statements by the various Defendants, Plaintiff shall make it clear as to which specific 56(a) statement of Defendants he refers to.

So ORDERED.

Dated at New Haven, Connecticut, November _6_, 2003.

_____
Peter C. Dorsey
United States District Judge