UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW BARTON

    v.      Civil No.  3:02 CV 1210 (PCD)

CITY OF BRISTOL, AND IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES, RICHARD MULLANEY,
POLICE SERGEANT; BRIAN SUCHINSKI, POLICE
DETECTIVE; AFSCME LOCAL #754; AND IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY MELVIN
DEKOW, UNION PRESIDENT

## JUDGMENT

This matter came on for consideration on the defendants' motions for summary judgment before the Honorable Peter C. Dorsey, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on November 25, 2003, entered a Ruling on Defendants' Motions for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 26th day of November, 2003.

        KEVIN F.  ROWE, CLERK
        By

        Patricia A. Villano
        Deputy Clerk

EOD: _____