UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW BARTON | : | NO.: 3:02CV1210 (PCD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF BRISTOL; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, RICHARD MULLANEY, POLICE SERGEANT; BRIAN SUCHINSKI, POLICE DETECTIVE; AFSCME LOCAL # 754; AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, MELVIN DEKOW, UNION PRESIDENT | : : : : : : : : : : | JANUARY 2, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, City of Bristol, hereby submit its bill of costs in the above-captioned case. The Court entered judgment for the defendants on November 26, 2003, following a summary judgment ruling in favor of the defendants. The judgment became final due to the expiration of the appeal period, as defined by Fed.R.App.P. Rule 4, on December 26, 2003. This bill of costs is filed within ten (10) days of such expiration. The plaintiff has filed an appeal as to the judgment in favor of the individual defendants only; as such, the appeal does not affect the City of Bristol's entitlement to costs. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.  Fees of the Court Reporter - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit B**)

    1.  Deposition transcript of Andrew Barton ($668.50 original & 1 copy + $4.00 shipping & handling + $40.35 tax)   $ 749.15

        Appearance fee tax  ($75.00 + $4.50 tax)   $ 79.50

    2.  Deposition transcript of Richard Mullaney   $ 288.59

    3.  Deposition transcript of Brian Suchinski   $ 306.90

        Total   $1,424.14

B.  Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii) (**Exhibit C**)

    1.  Copies of exhibits appended to successful Motion for Summary Judgment

        (a) July 31, 2003
            280 pages @ .18 = $50.40
            38 exhibit tabs @ .25 = $9.50
            Drilling 2 holes on 318 pages @ .01 = $.32
            Acco Fastener 2 @ 1.50 = $3.00
            Taxes = $3.97

    Subtotal = $67.19

        (b) October 2, 2003
            70 pages @ .18 = $12.60
            7 exhibit tabs @ .25 = $1.75
            Drilling 2 holes on 78 pages @ .01 = $.78
            Acco Fastener 2 @ 1.50 = $3.00
            Taxes = $.95

    Subtotal = $19.08

  Total $67.19 + 19.08 = $86.27

**TOTAL FEES REQUESTED:**     $1,510.41

         DEFENDANT,
         CITY OF BRISTOL

         By/s/Alexandria L. Voccio
          Alexandria L. Voccio
          ct21792
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          Phone:  (860) 249-1361
          Fax:  (860) 249-7665
          E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 2nd day of January, 2004.

Erin I. O'Neil, Esquire
James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT  06119

Richard Lacey, Esquire
Corporation Counsel
City of Bristol
111 North Main Street
Bristol, CT  06010

John K. McDonald, Esquire
Giovanna Trocchi Giardina, Esquire
Melissa A. Scozzafava, Esquire
Kernan & Henry, LLP
207 Bank Street
P.O. Box 2156
Waterbury, CT  06722-2156

Eric R. Brown
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT  06450

                                                   /s/Alexandria L. Voccio
                                                   Alexandria L. Voccio