UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW BARTON | : NO.: 3:02CV1210 (PCD) |
| | : |
| v. | : |
| | : |
| CITY OF BRISTOL; AND IN THEIR | : |
| INDIVIDUAL AND OFFICIAL | : |
| CAPACITIES, RICHARD MULLANEY, | : |
| POLICE SERGEANT; BRIAN | : |
| SUCHINSKI, POLICE DETECTIVE; | : |
| AFSCME LOCAL # 754; AND IN HIS | : |
| INDIVIDUAL AND OFFICIAL | : |
| CAPACITY, MELVIN DEKOW, | : |
| UNION PRESIDENT | : |

### VERIFICATION OF ALEXANDRIA L. VOCCIO

I, Alexandria L. Voccio, being duly sworn, depose and say:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendant, City of Bristol, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the City of Bristol in defending this case; and

3. The items in the defendant's Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 2nd day of January, 2004.

/s/Alexandria L. Voccio
Alexandria L. Voccio

STATE OF CONNECTICUT )
                     ) ss: Hartford
COUNTY OF HARTFORD   )

Subscribed and sworn to before me this 2nd day of January, 2004.

_____
Commissioner of the Superior Court