

**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT  06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
ALEXANDRIA L. VOCCIO, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT   06114-1190          DATE       05/13/2003
                                    INVOICE       26421
                                    CLIENT         2059
                                    REFERENCE GOS


Re: ANDREW BARTON    CITY OF BRISTOL, ET AL
Assignment Date: April 10, 2003


Deposition Of - ANDREW BARTON

TRANSCRIPT ORIG. & 1                              668.50
APPEARANCE FEE                                     75.00
SHIPPING & HANDLING                                 4.00
CONDENSED AND ASCII                                30.00
                                              ==========
                            Total Amount  $       777.50
                                    Tax   $        46.65
                            Total due     $       824.15

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

*OK, To Pay Per ALV* (handwritten)

CLIENT'S COPY

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

RECEIVED MAY 14 2003

BY: _____

IUA-2518

# INVOICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
*CT LIC. 00076* **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SS # 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**

JUL 17 2003
BY: _____

## ON BEHALF OF A+ REPORTING SERVICES

TO:   HOWD & LUDORF
      65 WETHERSFIELD AVENUE
      HARTFORD, CT 06114
      (ATTORNEY ALEXANDRIA VOCCIO)

INVOICE DATE: 07/16/03

RE:   06/20/03  DEPOSITION OF BRIAN SUCHINSKI  (127 PGS)
      ANDREW BARTON VS. CITY OF BRISTOL, ET AL  (3:02 CV 12101 (PCD))

|  |  |
|---|---|
| TRANSCRIPT COPY | $ 285.75 |
| APPEARANCE | $ 00.00 |
| SUBTOTAL | $ 285.75 |
| SALES TAX | $ 17.15 |
| HANDLING | $ 4.00 |
| **TOTAL** | **$ 306.90** |

*Okay to pay*
*AW*
*140-2568*

**TOTAL DUE AND PAYABLE UPON RECEIPT**
**THANK YOU**

---

*Please tear off stub and return with payment.*

DEPOSITION OF:    BRIAN SUCHINSKI
TAKEN ON:         06/20/03
CASE:             ANDREWS VS. CITY OF BRISTOL, ET AL.
AMOUNT PAID:

MAKE CHECK PAYABLE TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010

CL _____    DATE _____
CODE 19415   CK 6195
TR 19415    I/B _____

**A+ Reporting**

P.O. Box 831
Wallingford, CT 06492
203-269-9976
Tax ID: 043487829

| Date | Invoice # |
|---|---|
| 7/24/2003 | 11304 |

| Bill To |
|---|
| Alexandria Voccio, Esq.<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT 06114 |



RECEIVED
JUL 28 2003
BY:_____

| Depo Date | Reporter |
|---|---|
| 6/27/2003 | EF |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Pages @ $2.25 per page (copy)<br><br>ANDREW BARTON VS. CITY OF BRISTOL<br>Depo of Richard Mullaney - 6/27/03 | 121 | 2.25 | 272.25T |

*okay to pay ALV*

| | Sales Tax (6.0%) | $16.34 |
|---|---|---|
| | **Total** | $288.59 |

CL 140-2568  DATE 6/25/7
CODE _____  CK 6257
TR 19550   T/B _____