# IKON
## Office Solutions
## Document Services

Phone:(860) 278-1555   Fax:(860) 278-6612
Federal ID #:230334400

**TERMS: Net 10 Days**

| | |
|---|---|
| Invoice # | HAR064409 |
| Invoice Date | 07/31/2003 |
| Due Date | 08/10/2003 |
| Customer # | HAR-HOW6 |
| Order # | 03070735 |

INVOICE   Page   1

**SOLD TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

**SHIP TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 07/31/2003 | MARTHA SHAW | 140-02568 | STEVE PASSARO |
| Reference 2 | BARTON V BRISTOL MSJ | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 608 | Drilling - 2 HP/3 HP (per page | 1590 | 0.010 | 15.90 |
| 635 | Tabs Sold | 190 | 0.250 | 47.50 |
| 1010 | Acco Fastener Only - 1" | 10 | 1.500 | 15.00 |
| 567 | D Litigation Copy | 1400 | 0.180 | 252.00 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 330.40 |
| Sales Tax: | 19.82 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **350.22** |

Received and approved by:_____   Date:_____

( Please pay from this copy. The party named on this bill is held responsible for payment )

Payment From:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

| Amount Enclosed |
|---|
| $ |

| Invoice | HAR064409 |
|---|---|
| Invoice Date | 07/31/2003 |
| Customer # | HAR-HOW6 |
| Order # | 03070735 |

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164
Philadelphia,PA 19182-7164

**PAY THIS AMOUNT:**   350.22

11:57:54   01/02/2004



# INVOICE  Page 1

## Document Services

Phone:(860) 278-1555  Fax:(860) 278-6612
Federal ID #:230334400

**TERMS: Net 10 Days**

| Invoice # | HAR065599 |
|---|---|
| Invoice Date | 10/02/2003 |
| Due Date | 10/12/2003 |
| Customer # | HAR-HOW6 |
| Order # | 03100034 |

SOLD TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

SHIP TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 10/02/2003 | MARTHA SHAW | 140-02568 | STEVE PASSARO |
| Reference 2 | BARTON V BRISTOL -MTJ | Reference 3 | 5691 STMT FOR COURT JUDGE |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 568 | D Litigation Copy | 352 | 0.180 | 63.36 |
| 608 | Drilling - 2 HP/3 HP (per page | 390 | 0.010 | 3.90 |
| 1010 | Acco Fastener Only - 1" | 2 | 1.500 | 3.00 |
| 635 | Tabs Sold | 38 | 0.250 | 9.50 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 79.76 |
|---|---|
| Sales Tax: | 4.79 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **84.55** |

Received and approved by: _____   Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*

Payment From:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

Amount Enclosed
$

Invoice  HAR065599
Invoice Date  10/02/2003
Customer #  HAR-HOW6
Order #  03100034

Please Remit to:
Ikon Office Solutions
Northeast District -HAR
P O Box 827164
Philadelphia,PA 19182-7164

PAY THIS AMOUNT:  84.55

11:59:02  01/02/2004