Case 3:02-cv-01210-PCD    Document 86    Filed 01/23/2004    Page 1 of 1

1/23/04 DENIED without prejudice to renewal when pending appeal is resolved and judgment becomes final.
Kevin F. Rowe, Clerk
By [signature] Lori Inferrera, Deputy-in-Charge

FILED
JAN 5 1 35 PM '04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW BARTON | NO.: 3:02CV1210 (PCD) |
| v. | |
| CITY OF BRISTOL; AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, RICHARD MULLANEY, POLICE SERGEANT; BRIAN SUCHINSKI, POLICE DETECTIVE; AFSCME LOCAL # 754; AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, MELVIN DEKOW, UNION PRESIDENT | JANUARY 2, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, City of Bristol, hereby submit its bill of costs in the above-captioned case. The Court entered judgment for the defendants on November 26, 2003, following a summary judgment ruling in favor of the defendants. The judgment became final due to the expiration of the appeal period, as defined by Fed.R.App.P. Rule 4, on December 26, 2003. This bill of costs is filed within ten (10) days of such expiration. The plaintiff has filed an appeal as to the judgment in favor of the individual defendants only; as such, the appeal does not affect the City of Bristol's entitlement to costs. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

