UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ANDREW BARTON

    PLAINTIFF,

VS.

CIVIL ACTION NO.
3:02CV1210 (PCD)

CITY OF BRISTOL; AND IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES, RICHARD MULLANEY,:
POLICE SERGEANT; BRIAN SUCHINSKI, POLICE
DETECTIVE; AFSCME LOCAL # 754;
AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY :
MELVIN DEKOW, UNION PRESIDENT

    DEFENDANTS.

JANUARY 22, 2004

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR BILL OF COSTS

On November 26, 2003, the court granted Motions for Summary Judgment against the plaintiff filed by defendants, Town of Bristol, the Individual defendants and the Union defendants. On December 23, 2003, the plaintiff filed a notice of appeal against the all of the defendants. (See notice of appeal attached.) Pursuant to Local Rules of Civil Procedure 17(a)i, the defendants are not entitled to a bill of costs while an appeal is pending. Therefore, the plaintiff objects to the Town's Bill of Costs, and requests that the court deny the Bill of Costs until after the appeal is concluded.

PLAINTIFF,
ANDREW BARTON

BY: _____
Erin O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid, on January 22, 2004, to the following:

Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
fax: 860-246-2375

Melissa A. Scozzafava, Esq.
Kernan & Henry, LLP
PO Box 2156
Waterbury, CT 08069
fax: (203) 754-2353

Eric R. Brown, Esq.
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450
fax: (203) 237-2262

_____
Erin I. O'Neil