# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
MAY 5  2 33 PM '04
U.S. DISTRICT COURT
NEW HAVEN

BARTON,

3:02-cv-01210-PCD

v.

BRISTOL, ET AL.,                                  USCA: 04-0130

## INDEX TO RECORD ON APPEAL

| Dated Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 07/15/2002 | 1 | Complaint | 1 |
| 09/26/2002 | 17 | Answer | 2 |
| 10/31/2002 | 19 | Answer | 3 |
| 12/02/2002 | 24 | Answer | 4 |
| 10/15/2003 | 64 | Motion | 5 |
| 10/15/2003 | 65 | Statement | 6 |
| 10/15/2003 | 66 | Response | 7 |
| 10/15/2003 | 67 | Memorandum | 8 |
| 10/15/2003 | 68 | Motion | 9 |
| 10/15/2003 | 69 | Reply | 10 |
| 10/15/2003 | 70 | Motion | 11 |
| 10/15/2003 | 71 | Statement | 12 |

| Date | No. | Type | Ex. |
|---|---|---|---|
| 10/15/2003 | 72 | Memorandum | 13 |
| 10/15/2003 | 73 | Statement | 14 |
| 10/15/2003 | 74 | Statement | 15 |
| 10/15/2003 | 75 | Response | 16 |
| 10/15/2003 | 76 | Response | 17 |
| 10/15/2003 | 77 | Response | 18 |
| 10/15/2003 | 79 | Memorandum | 19 |
| 11/04/2003 | 80 | Reply | 20 |
| 11/25/2003 | 82 | Ruling | 21 |
| 11/26/2003 | 83 | Judgment | 22 |
| 12/24/2003 | 84 | Notice of Appeal | 23 |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid, on May 4, 2004, to the following:

Michael Rose
Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Melissa A. Scozzafava
Kernan & Henry, LLP
P.O. Box 2156
Waterbury, CT 08069

Eric R. Brown
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450

Clerk
United States District Court, District of Connecticut
Richard C. Lee, United States Court House
141 Church Street
New Haven, CT 06510

                                                      James S. Brewer