CTDC/NHHT

88

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
Mar 5  2 :39 PM

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX ~~AND~~ only ~~VOLUMES OF~~ ORIGINAL RECORD

BARTON,

DATE: 5/11/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

v.

BRISTOL, ET AL.,

3:02-cv-01210-PCD

USCA: 04-0130

Index
04-0130

## INDEX TO RECORD ON APPEAL

| Dated Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 07/15/2002 | 1 | Complaint | 1 |
| 09/26/2002 | 17 | Answer | 2 |
| 10/31/2002 | 19 | Answer | 3 |
| 12/02/2002 | 24 | Answer | 4 |
| 10/15/2003 | 64 | Motion | 5 |
| 10/15/2003 | 65 | Statement | 6 |
| 10/15/2003 | 66 | Response | 7 |
| 10/15/2003 | 67 | Memorandum | 8 |
| 10/15/2003 | 68 | Motion | 9 |
| 10/15/2003 | 69 | Reply | 10 |
| 10/15/2003 | 70 | Motion | 11 |
| 10/15/2003 | 71 | Statement | 12 |

| | | | |
|---|---|---|---|
| 10/15/2003 | 72 | Memorandum | 13 |
| 10/15/2003 | 73 | Statement | 14 |
| 10/15/2003 | 74 | Statement | 15 |
| 10/15/2003 | 75 | Response | 16 |
| 10/15/2003 | 76 | Response | 17 |
| 10/15/2003 | 77 | Response | 18 |
| 10/15/2003 | 79 | Memorandum | 19 |
| 11/04/2003 | 80 | Reply | 20 |
| 11/25/2003 | 82 | Ruling | 21 |
| 11/26/2003 | 83 | Judgment | 22 |
| 12/24/2003 | 84 | Notice of Appeal | 23 |

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid, on May 4, 2004, to the following:

Michael Rose
Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Melissa A. Scozzafava
Kernan & Henry, LLP
P.O. Box 2156
Waterbury, CT 08069

Eric R. Brown
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450

Clerk
United States District Court, District of Connecticut
Richard C. Lee, United States Court House
141 Church Street
New Haven, CT 06510

James S. Brewer