UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW BARTON | : | CIVIL ACTION NO. |
| | : | 3:02CV1210 (PCD) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF BRISTOL; AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES, RICHARD MULLANEY, | : | |
| POLICE SERGEANT; BRIAN SUCHINSKI, POLICE | : | |
| DETECTIVE; AFSCME LOCAL # 754; | : | |
| AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY | : | |
| MELVIN DEKOW, UNION PRESIDENT | : | |
| | : | |
| DEFENDANTS. | : | June 1, 2004 |

## APPEARANCE

Please enter the appearance of ALYSSA S. VIGUE on behalf of the plaintiff, in the above entitled matter.

            PLAINTIFF,
            ANDREW BARTON


BY: _____
       Alyssa S. Vigue
       Brewer & O'Neil, LLC
       818 Farmington Avenue
       West Hartford, CT 06119
       Federal Bar # ct 25178
       Tel: (860)523-4055
       Fax: (860)233-4215
       avigue@brewerandoneil.com

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent via First Class U.S. Mail on June 1, 2004, to the following:

Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
fax: 860-246-2375

Melissa A. Scozzafava, Esq.
Kernan & Henry, LLP
PO Box 2156
Waterbury, CT 08069
fax: (203) 754-2353

Eric R. Brown, Esq.
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450
fax: (203) 237-2262

_____
Alyssa S. Vigue