## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW BARTON | : | CIVIL ACTION NO. |
| | : | 3:02CV1210 (PCD) |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF BRISTOL; AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES, RICHARD MULLANEY, | : | |
| POLICE SERGEANT; BRIAN SUCHINSKI, POLICE | : | |
| DETECTIVE; AFSCME LOCAL # 754; | : | |
| AND IN HIS INDIVIDUAL AND OFFICIAL CAPACITY | : | |
| MELVIN DEKOW, UNION PRESIDENT | : | |
| | : | |
| DEFENDANTS. | : | August 12, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC.  The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF,
ANDREW BARTON


BY:     _____

           Alyssa S. Vigue
           Brewer & O'Neil, LLC
           818 Farmington Avenue
           West Hartford, CT 06119
           Federal Bar # ct 25178
           Tel: (860)523-4055
           Fax: (860)233-4215
           avigue@brewerandoneil.com


## CERTIFICATION

       This is to certify that a copy of the foregoing was sent via First Class U.S. Mail on August 12, 2004, to the following:

Alexandria Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
fax: 860-246-2375

Melissa A. Scozzafava, Esq.
Kernan & Henry, LLP
PO Box 2156
Waterbury, CT 08069
fax: (203) 754-2353

Eric R. Brown, Esq.
AFSCME Council 15
90 Pratt Street
Meriden, CT 06450
fax: (203) 237-2262


_____
Alyssa S. Vigue