MANDATE

02-CV-1210
Hon. Dorsey

FILED
Oct 6 2 47 PM '04

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

FILED
AUG 27 2004
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

| | |
|---|---|
| Andrew Barton,<br>　　Appellant | : <br> : <br> : |
| v. | :     No. 04-0130-CV |
| Brian Suchinski and<br>Richard Mullaney,<br>　　Appellees | : <br> : <br> :     July 30, 2004 |

### STIPULATION OF DISMISSAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

APPELLANT,
Andrew Barton

By _____
James Brewer
of Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

APPELLEES,
Brian Suchinski and
Richard Mullaney

By _____
James E. Kernan
of Kernan & Henry, LLP
P. O. Box 2156
Waterbury, CT 06722

A TRUE COPY
Roseann B. MacKechnie, CLERK
by Sausha Gibbs
DEPUTY CLERK

So Ordered
FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk
By: _____
Lisa J. Greenberg, Staff Counsel

CERTIFIED: AUG 30 2004

KERNAN & HENRY, LLP   ATTORNEYS AT LAW
P. O. BOX 2156   •   WATERBURY, CONNECTICUT 06722   •   (203) 756-8961   •   JURIS NO. 30960   •   FAX (203) 754-2353

DC/ NEW Haven
02-CV-1210
Hon. Dorsey

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

Andrew Barton,
    Appellant

v.      :     No. 04-0130-CV

Brian Suchinski and
Richard Mullaney,
    Appellees     :     July 30, 2004

FILED AUG 2 7 2004 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT, Roseann B. MacKechnie, Clerk

## STIPULATION OF DISMISSAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

APPELLANT,
Andrew Barton

By _____
James Brewer
of Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119

APPELLEES,
Brian Suchinski and
Richard Mullaney

By _____
James E. Kernan
of Kernan & Henry, LLP
P. O. Box 2156
Waterbury, CT 06722

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER
RECEIVED BY: _____ DATE: _____

So Ordered
FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk

By: _____
Lisa J. Greenberg, Staff Counsel

KERNAN & HENRY, LLP    ATTORNEYS AT LAW
P.O. BOX 2156 • WATERBURY, CONNECTICUT 06722 • (203) 756-8961 • JURIS NO. 30960 • FAX (203) 754-2353